UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
CHARLES SEWARD, Individually and on behalf of all others similarly Situated,

                               Plaintiff,

-against-

INTERNATIONAL BUSINESS MACHINES CORPORATION, d/b/a IBM Corp.

                              Defendant.
---------------------------------------------------------------------X

Case No.: 08 CV 03976

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK     )
                              ) ss.:
COUNTY OF NEW YORK )

       **DARREN HINDS**, being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New Jersey;

2. That on <u>May 19, 2008</u>, at approximately <u>8:45 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the foregoing documents: **SUMMONS IN A CIVIL ACTION With Index Number and Date Purchased Endorsed Thereon, COMPLAINT and CIVIL COVER SHEET**, all upon **INTERNATIONAL BUSINESS MACHINES CORPORATIONS, d/b/a IBM Corp.,** by Personal Delivery, via Ms. Marietta Acocella, who identified herself as the "Assistant to the C.E.O." as well as being authorized as Agent, to accept service on behalf of International Business Machines Corporations, d/b/a IBM Corp., which service was affected at their actual place of business indicated below:

        INTERNATIONAL BUSINESS MACHINES CORPORATIONS
        1 New Orchard Road
        Armonk, NewYork 10504

3. **Ms. Marietta Acocella** can best be described as:

Female - White skin – Black hair – Brown eyes - Approximately 44 – 54 years of age, 5'0" – 5'3" and 125 – 155 lbs.

Dated:  May 19, 2008
           New York, New York

                                                           _____
                                                            DARREN HINDS
                                                            License No.: 1194970

Sworn to before me on this the 19th day of May 2008.

_____
NOTARY PUBLIC

          **HOLLY ROLDAN**
   **Notary Public, State of New York**
          No. 01RO6125752
     Qualified in New York County
  Commission Expires April 20, 20_09_

---

RAPID & RELIABLE ATTORNEY SERVICE, CORP.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 3265
NEW YORK, NEW YORK 10008
212-608-1555

*"We've built our reputation on your satisfaction"*