Matthew W. Lampe (*pro hac vice* application forthcoming)
mwlampe@jonesday.com
Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice* application forthcoming)
mwray@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION D/B/A IBM CORP.,<br><br>    Defendant. | **08 CIV 3976 (KMK)**<br><br>**ECF CASE**<br><br>**NOTICE OF APPEARANCE** |

       To the Clerk of this Court and all parties of record:

            Enter my appearance as counsel in this case for International Business Machines

NYI-4091791v1

- 2 -

Corporation.  I certify that I am admitted to practice in this Court.

Dated:  May 29, 2008                                JONES DAY

      /s/ Wendy C. Butler
_____

Wendy C. Butler (WB-2539)
wbutler@jonesday.com
222 East 41st Street
New York, New York 10017
(212) 326-3939
Attorneys for Defendant
International Business Machines Corporation

- 2 -

NYI-4091791v1

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served on the following counsel of record this 29th day of May, 2008 by forwarding a copy, by First Class mail, addressed to:

>Erik H. Langeland, Esq.
>Erik H. Langeland, P.C.
>500 Fifth Avenue, Suite 1610
>New York, New York 10110

_____
Craig S. Friedman

NYI-4091791v1