Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Craig S. Friedman (CF-1988)
csfriedman@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION D/B/A IBM CORP.,<br><br>Defendant. | 08 CIV 3976 (KMK)<br><br>ECF CASE<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

   Pursuant to Federal Rule of Civil Procedure 7.1, Defendant International Business Machines Corporation ("IBM") hereby makes the following Corporate Disclosure Statement:

IBM has no parent corporation, and there is no publicly held corporation that owns 10% or more of IBM's stock.

Dated: June 6, 2008
                JONES DAY

                /s/ Craig S. Friedman
                Wendy C. Butler (WB-2539)
                wbutler@jonesday.com
                Craig S. Friedman (CF-1988)
                csfriedman@jonesday.com
                222 East 41st Street
                New York, New York 10017
                (212) 326-3939
                Attorneys for Defendant
                International Business Machines Corporation

NYI-4094262v1