IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>           Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP.,<br><br>           Defendant. | Case No. 08 cv 3976<br>KMK/MDF<br><br>ECF CASE |

TO:    Wendy Butler
         Jones Day
         222 East 41st Street
         New York, NY 10017

PLEASE TAKE NOTICE that upon the annexed affidavit of movants in support of this Motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Kenneth M. Karas at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the District of New York, for an Order allowing the admission of the movants, members of the firm Stephan Zouras LLP and Cuneo, Gilbert and LaDuca and members in good standing of the Bar of the State of Illinois and California, respectively, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against movants in any State or Federal court.

Dated: June 10, 2008                                                     Respectfully submitted,

By:  /s/ Erik H. Langeland
Erik H. Langeland (EL-7512)
Erik H. Langeland, P.C.
500 Fifth Avenue, Suite 1610
New York, NY  10110
(212) 354-6270 phone
(212) 898-9086 fax
elangeland@langelandlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.  08 cv 3976<br>)    KMK/MDF<br>)<br>) ECF CASE<br>)<br>)<br>)<br>) |

## ORDER

  AND NOW, this _____ day of _____, 2008, upon consideration of Ryan F. Stephan, James B. Zouras and Jon A. Tostrud, Esquires' request for *pro hac vice* admission on behalf of the Plaintiffs in the above-captioned case, IT IS HEREBY ORDERED that Ryan F. Stephan, James B. Zouras and Jon A. Tostrud, Esquires are admitted to practice as *pro hac vice* counsel for Plaintiffs in this matter in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  Counsel must immediately apply for an ECF password and forward the *pro hac vice* fee to the Clerk of Court.

                       BY THE COURT:


                       _____
                       Magistrate Judge Mark D. Fox

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Ryan Francis Stephan

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 2000 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto placed my hand and affixed the seal of said Supreme Court, at Springfield, in said State, this Friday, June 06, 2008.

*Juleann Hornyak*
Clerk

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

James B. Zouras

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Friday, June 06, 2008.

*Juleann Hornyak*
Clerk

# United States District Court

## Central District of California

**CERTIFICATE OF GOOD STANDING**

I, SHERRI R. CARTER, Clerk of this Court, certify that

Jon A. Tostrud, Bar No. 199502

was duly admitted to practice in this Court on   December 8, 1998

and is in good standing as a member of the Bar of this Court.

Dated at Los Angeles, California.

on  May 16, 2008
     *DATE*



SHERRI R. CARTER, CLERK

By _____
Lupe Thrasher, Deputy Clerk

---

G-52 (2/99)(Rev. AO 136)    CERTIFICATE OF GOOD STANDING - MEMBER OF BAR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated, </br></br>  Plaintiff, </br></br> v. </br></br> INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP., </br></br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) </br></br> Case No.  08 cv 3976 </br> KMK/MDF </br></br> ECF CASE |

## AFFIDAVIT OF RYAN F. STEPHAN

I, Ryan F. Stephan, being duly sworn state as follows:

1. I am an attorney with a practice located at 205 North Michigan Street, Suite 2560, Chicago, Illinois 60601.

2. I am a member of the Bar of the State of Illinois and practice in the state and federal courts of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the Southern District of New York.

Sworn to under the pain and penalties of perjury this 2nd day of June 2008.

_____
Ryan F. Stephan

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 08 cv 3976<br>) KMK/MDF<br>)<br>)<br>) ECF CASE<br>)<br>)<br>) |

## AFFIDAVIT OF JAMES B. ZOURAS

I, James B. Zouras, being duly sworn state as follows:

1. I am an attorney with a practice located at 205 North Michigan Street, Suite 2560, Chicago, Illinois 60601.

2. I am a member of the Bar of the State of Illinois and practice in the state and federal courts of Illinois.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the Eastern District of New York.

Sworn to under the pain and penalties of perjury this 2nd day of June 2008.

                  _/s/ James B. Zouras_
                  James B. Zouras

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 cv 3976 KMK/MDF |
| INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP., | ) ) ) ) ) | ECF CASE |
| Defendant. | ) ) | |

### AFFIDAVIT OF JON A. TOSTRUD

I, Jon A. Tostrud, being duly sworn state as follows:

1. I am an attorney with a practice located at 1801 Century Park E, Suite 2400, Los Angeles, California 90067.

2. I am a member of the Bar of the State of California and practice in the state and federal courts of California.

3. I am a member in good standing in every jurisdiction where I have been admitted to practice and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the Eastern District of New York.

Sworn to under the pain and penalties of perjury this 30th day of May 2008.

_____
Jon Tostrud

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and accurate copy of the foregoing *Plaintiffs' Notice of Motion to Admit Counsel Pro Hac Vice* to be served by U.S. first-class mail, postage prepaid on June 10, 2008 to all counsel who have appeared in this action at the following addresses:

> Wendy Butler
> Jones Day
> 222 East 41st Street
> New York, NY 10017

Dated: June 10, 2008

/s/ Erik H. Langeland
Erik H. Langeland
Erik H. Langeland, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
*Attorneys for Plaintiff*