```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

INTERNATIONAL BUSINESS MACHINES CORPORATION D/B/A IBM CORP.,

    Defendant.

---

08 CIV 3976 (KMK)

ORDER FOR ADMISSION
PRO HAC VICE
**ON WRITTEN MOTION**

Upon the motion Craig S. Friedman, attorney for Defendant International Business Machines Corporation, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED THAT**

    Matthew W. Lampe
    Jones Day
    222 East 41st Street
    New York, New York 10017
    (212) 326-3414
    mwlampe@jonesday.com

is admitted to practice *pro hac vice* as counsel for Defendant International Business Machines Corporation in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including Rules governing disciplining of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: June 10, 2008

                                                            _____
                                                            United States District Judge