IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP., <br><br> Defendant. | Case No. 08 cv 3976 <br> KMK/MDF <br><br> ECF CASE |

TO: Wendy Butler
Jones Day
222 East 41st Street
New York, NY 10017

PLEASE TAKE NOTICE that upon the annexed affidavit of movants in support of this Motion and the Certificates of Good Standing annexed thereto, we will move this Court before the Honorable Kenneth M. Karas at the United States Courthouse for the Southern District of New York, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the District of New York, for an Order allowing the admission of the movants, members of the firm Stephan Zouras LLP and Cuneo Gilbert & LaDuca, LLP and members in good standing of the Bar of the States of Illinois and California, as attorneys *pro hac vice* to argue or try this case in whole or in part as counsel. There are no pending disciplinary proceedings against movants in any State or Federal court.

Dated: July 25, 2008                                                  Respectfully submitted,

By: _____
Erik H. Langeland (EL-7512)
Erik H. Langeland, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
(212) 354-6270 phone
(212) 898-9086 fax
elangeland@langelandlaw.com