

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiff, ) ) ) | Case No. 08 cv 3976 |
| v. ) ) | KMK/MDF |
| INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP., ) ) ) ) | ECF CASE |
| Defendant. ) | |

## ORDER

AND NOW, this 31st day of July, 2008, upon consideration of Ryan F. Stephan, James B. Zouras and Jon A. Tostrud Esquires' request for *pro hac vice* admission on behalf of the Plaintiffs in the above-captioned case, IT IS HEREBY ORDERED that Ryan F. Stephan, James B. Zouras and Jon A. Tostrud, Esquires are admitted to practice as *pro hac vice* counsel for Plaintiffs in this matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. Counsel must immediately apply for an ECF password and forward the *pro hac vice* fee to the Clerk of Court.

BY THE COURT:

Dated: July 31, 2008
White Plains, New York

SO ORDERED:

_____
Hon. Kenneth M. Karas, U.S.D.J.

~~Magistrate Judge Mark D. Fox~~

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____