AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

### APPEARANCE

Case Number: 7:08-cv-3976

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHARLES SEWARD, Individually, and of Behalf of All OThers Similarly Situated,

        Plaintiff,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/20/2008 | *(signature)* |
| Date | Signature |
| | James B. Zouras — 6230596 |
| | Print Name / Bar Number |
| | 205 N. Michigan Ave., Suite 2560 |
| | Address |
| | Chicago, Illinois 60601 |
| | City / State / Zip Code |
| | (312) 233-1550 / (312) 233-1560 |
| | Phone Number / Fax Number |