AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN        DISTRICT OF        NEW YORK

**APPEARANCE**

Case Number: 7:08-cv-3976

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHARLES SEWARD, Individually, and of Behalf of All OThers Similarly Situated,

Plaintiff,

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/20/2008 | *[signature]* Ryan Stephan |
| Date | Signature |
| | Ryan F. Stephan — 6273101 |
| | Print Name — Bar Number |
| | 205 N. Michigan Ave., Suite 2560 |
| | Address |
| | Chicago — Illinois — 60601 |
| | City — State — Zip Code |
| | (312) 233-1550 — (312) 233-1560 |
| | Phone Number — Fax Number |