AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  New York

## APPEARANCE

Charles Seward, et al. v. International Business Machine Corp.,

Case Number: 08 CV 3976

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
Charles Seward, et al.

Plaintiffs.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/20/2008 | _(signature)_ |
| Date | Signature |
| | Jon A. Tostrud / #199502 |
| | Print Name / Bar Number |
| | 1801 Century Park E., Suite 2400 |
| | Address |
| | Los Angeles, CA, 90067 |
| | City / State / Zip Code |
| | (310) 556-9621 / (310) 556-9622 |
| | Phone Number / Fax Number |