Matthew W. Lampe (*pro hac vice*)
mwlampe@jonesday.com
Wendy C. Butler (WB-2539)
wbutler@jonesday.com
Jessica Kastin (JK-2288)
jkastin@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice*)
mwray@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Attorneys for Defendant
International Business Machines Corporation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BUSINESS MACHINES CORPORATION D/B/A IBM CORP.,<br><br>    Defendant. | **08 CIV 3976 (KMK)**<br><br>**ECF CASE**<br><br>**<u>NOTICE OF APPEARANCE</u>** |

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for International Business Machines

Corporation.  I certify that I am admitted to practice in this Court.

Dated:  September 4, 2008                    JONES DAY

                                             /s/ Jessica Kastin
                                    _____
                                    Jessica Kastin (JK-2288)
                                    jkastin@jonesday.com
                                    222 East 41st Street
                                    New York, New York 10017
                                    (212) 326-3939
                                    Attorneys for Defendant
                                    International Business Machines Corporation

NYI-4118104v1