IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BUSINESS MACHINES D/B/A IBM CORP. <br><br> Defendant. | ) ) ) ) ) Case No.  08 CIV 3976 (KMK/MDF) ) ) ECF CASE ) ) ) ) ) ) ) |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, Plaintiff moves the Court for leave to file the attached Amended Complaint.  Defendant does not oppose this motion.  A proposed order is attached.

Dated: November 18, 2008    Respectfully Submitted,


/s/ Erik H. Langeland
Erik H. Langeland (EL-7512)
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
(212) 354-6270
elangeland@langelandlaw.com