IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| CHARLES SEWARD, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, CORP. d/b/a IBM CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.  08 CIV 3976<br>KMK/MDF<br><br>ECF CASE<br><br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' MOTION TO PROCEED AS A COLLECTIVE ACTION
AND TO FACILITATE NOTICE UNDER 29 U.S.C. §216(b)**

Plaintiff CHARLES SEWARD on behalf of himself and all other similarly situated employees who worked for INTERNATIONAL BUSINESS MACHINES, CORP. D/B/A IBM CORP., ("Defendant"), by and through their counsel of record, move this Honorable Court for an order:

1. Conditionally certifying this case as a Section 216(b) collective action;

2. requiring Defendant to produce a computer-readable data file containing the names, addresses and telephone numbers of such potential opt-in members so that notice may be issued; and

3. authorizing notice by posting on IBM's intranet and via U.S. first class mail to all similarly situated persons employed by Defendant as call center employees or other similarly titled positions from April 28, 2005 to the present to inform them of their right to opt-in to this lawsuit.

This motion is based on the Memorandum of Law, opt-in consent forms, declarations, pleadings, Defendant's documents and other exhibits in support thereof, as well as other supplemental documents or testimony which may be presented at the time of hearing.  Plaintiffs request oral argument.

Dated: December 1, 2008

Respectfully submitted,

Erik H. Langeland
ERIK H. LANGELAND, P.C.
500 Fifth Avenue, Suite 1610
New York, NY 10110
(212) 354-6270
(212) 898-9086 (Fax)
elangeland@langelandlaw.com

James B. Zouras
Ryan F. Stephan
(Admitted Pro Hac Vice)
STEPHAN ZOURAS, LLP
205 North Michigan Avenue
Suite 2560
Chicago, IL 60601
(312) 233-1550
(312) 233-1560 (Fax)
jzouras@stephanzouras.com

Jon A. Tostrud
(Admitted Pro Hac Vice)
CUNEO, GILBERT & LADUCA, LLP
1801 Century Park E., Suite 2400
Los Angeles, CA 90067
(310) 556-9621
jtostrud@cuneolaw.com

Attorneys for Plaintiff