# EXHIBIT 2

1112081ambousis-cp

1               UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF NEW YORK
2

3  CHARLES SEWARD,               )
  Individually and on Behalf  )
4  Of All Others Similarly     )  08 CIV 3976 (KMK)
  Situated,                )
5                        )  ECF CASE
              Plaintiff,   )
6                        )
      vs.                 )
7                        )
  INTERNATIONAL BUSINESS     )
8  MACHINES CORPORATION,      )
  D/B/A IBM CORP.,         )
9                        )
             Defendant.   )
10                       )

11

12       Deposition of GEORGE LAMBOUSIS, JR., taken on

13  behalf of the Plaintiff, pursuant to the

14  stipulations contained herein, in accordance with

15  the Federal Rules of Civil Procedure, before Charna

16  S. Perloe, Certified Court Reporter, at 1420

17  Peachtree Street, NE, Atlanta, Georgia, on the 12th

18  day of November, 2008, commencing at the hour of

19  9:04 a.m.

20

21

22                 * * *
           D'AMICO GERSHWIN, INC.
23          Certified Court Reporters
             11475 West Road
24          Roswell, Georgia  30075
            (770) 645-6111
25

                                          2

1              INDEX TO EXAMINATIONS

2                                 Page

111208lambousis-cp

3   Examination by Mr. Walton                           4

4   Examination by Mr. Ray                             82

5   Examination by Mr. Walton                          84

6

7

8

9                       INDEX TO EXHIBITS

10   Plaintiff's                              Marked/First
     Exhibit Number        Description           Identified
11

12        1        Team Profile, Load Latch Company      6

13        2        Hand-drawn diagram                   34

14        3        Comparison Report                    46

15        4        E-mail from George Lambousis,
16                 Subject:  Reminder                    62

17        5        Legal Backdrop:  Compensable Time    70

18        6        "Off-the-Clock" Work                 70

19        7        Manager's Team Room document, Re:
                   Backlog, from Juanlyn Williams        72

20

21

22

23

24

25

ꀇ

                                                         3

1   APPEARANCES OF COUNSEL:

2

3   On behalf of the Plaintiff:

4        R. BRENT WALTON
         Attorney at Law
5        Cuneo Gilbert & LaDuca, LLP

111208lambousis-cp

```
            507 C Street, NE
6           Washington, DC  20002
            (202) 789-3960
7           Bwalton@cuneolaw.com

8

9   On behalf of the Defendant:

10          MATTHEW W. RAY
            Attorney at Law
11          Jones Day
            2727 North Harwood Street
12          Dallas, Texas 75201
            (214) 220-3939
13          Fax: (214) 969-5100
            Mwray@jonesday.com
14

15

16

17

18

19

20

21

22

23

24

25
```

                                                        4

```
1                   GEORGE LAMBOUSIS, JR.,

2   being first duly sworn, was examined and testified as

3   follows:

4                       EXAMINATION

5   BY MR. WALTON:

6       Q    Good morning.  Could you please state your

7   name for the record?

8       A    George Lambousis, Jr.
```
                        Page 3

1112081ambousis-cp

9      Q    Can you spell your last name for us?

10     A    L-A-M-B-O-U-S-I-S.

11     Q    Have you ever had your deposition taken

12  before?

13     A    No.

14     Q    Well, basically, it's going to be as though

15  you were in a court of law.  Everything you say today

16  should be the truth, the whole truth and nothing but

17  the truth.  If you don't understand anything I ask you,

18  please feel free to tell me to rephrase it.  I'll try

19  to get you to understand, help you understand my

20  question.

21         Is there any reason why you can't give honest

22  and truthful testimony today?

23     A    No.

24     Q    You're not on any medications or anything that

25  would --

5

1      A    No.

2      Q    If you ever need to take a break or anything,

3   let me know.  I'm happy to do it.  This shouldn't take

4   but maybe four hours this morning.  We'll get you on

5   your way.  Is that all right?

6      A    Sure.

7      Q    Other than having discussions with your

8   lawyer, what did you do to prepare for today's

9   deposition?

10     A    Nothing, really.

11     Q    Didn't review any documents?

Page 4

111208lambousis-cp

12          MR. RAY:  Let me interject, to the
13      extent he reviewed documents to refresh, he
14      can certainly answer that, otherwise I'll
15      object.
16          MR. WALTON:  Absolutely.
17  BY MR. WALTON:
18      Q    I'm not trying to inquire as to what you two
19  may have done.
20      A    No.
21      Q    What is your work history?
22      A    I've been with IBM for just over 35 years,
23  started in May of 1973.
24      Q    And what is Load Latch Company?
25      A    Load Latch Company is a company that --

.

6

1   limited liability corporation.  It belongs to my son
2   and daughter.
3       Q    And do you serve as an operations consultant
4   with it?
5       A    In a sense.
6       Q    I'm going to have the court reporter mark this
7   document as the first exhibit for your deposition
8   today.
9            (Plaintiff's Exhibit No. 1 was marked.)
10          MR. WALTON:  We'll get copies
11      afterwards.
12  BY MR. WALTON:
13      Q    Take a look at the second page, if you will.
14          MR. RAY:  Second page?

111208lambousis-cp

15          MR. WALTON:   Yeah.

16    BY MR. WALTON:

17        Q    I'll represent to you that I printed this off

18    of the Load Latch web site.  Does that look familiar,

19    the description?

20        A    Sure.

21        Q    And does it accurately describe who you are?

22        A    Yes.  It is two years old, give or take, but

23    at the time, yes.

24        Q    But at the time, yes.  Okay.  So what is your

25    official title right now with IBM?

1         A    I am the server brand manager.

2         Q    And how long have you been the server brand

3    manager?

4         A    For nine, nine-plus years, I believe.

5         Q    And before you were the server brand manager,

6    what was your position?

7         A    I was the team leader of that team for a short

8    period of time.

9         Q    How long did you hold the team lead position?

10        A    Six, eight months, I think.

11        Q    Before team lead?

12        A    I had a staffing operations position.  I was

13    an ISO 9000 quality auditor when our division of IBM

14    was participating in that.

15        Q    How long did that position last?

16        A    I think a couple, three years, maybe.

17        Q    Two, three years.  And then prior to the

Page 6

1112081ambousis-cp

18   quality auditor?

19        A     Prior to that staff position, I was a phone

20   rep, technical support rep.

21        Q     And how long were you a phone rep, technical

22   support representative?

23        A     It was around four years, close to four years.

24        Q     That's about, if I'm doing my math correctly,

25   that's about halfway through your IBM work experience?

8

1        A     Pretty much, yeah.

2        Q     Before you were the phone rep, technical

3   support rep, what was your position with IBM?

4        A     Next one back from there, I was a traveling

5   tech support specialist.

6        Q     And the next one back?

7        A     I was a new hire as a IBM CE.  We were called

8   CE's in the day, customer engineer.

9        Q     Is it very different from tech support?

10        A     No, not really.  It's just face to face versus

11   phone.

12        Q     Okay.  Phone rep, traveling tech, and then the

13   new hire CE, was that all on the technical support

14   side?

15        A     Yes.

16        Q     Let's go back to your current position, server

17   brand manager?

18        A     That's correct.

19        Q     What are the job duties and responsibilities

20   of the server brand manager?

Page 7

111208lambousis-cp

21      A      I have a strategy and execution role for this
22  team.
23      Q      Strategy and execution role in what respect?
24      A      I manage and set the processes that drive the
25  way we perform our work for our clients.

9

1       Q      Maybe it will help me understand.  As to your
2   team, and specifically what work do you perform for
3   your clients that you're strategizing about?
4       A      We're a remote technical support center for
5   North America for the product set called System X.  If
6   a client has a problem with an IBM product, they would
7   call and talk to my team.
8       Q      System X?
9       A      System X.
10      Q      Does IBM have additional systems where they
11  would be calling someplace else if they needed support?
12      A      Yes.
13      Q      Is there just one product at System X or are
14  there multiple products within the system?
15      A      There are multiple machines within that
16  platform, yes.
17      Q      Okay.  Can you identify, say, five for me
18  that --
19      A      One that's kind of popular today that you
20  might recognize would be the IBM Blade Center, for
21  instance.
22      Q      Is that the Blade servers?
23      A      Yes.

Page 8

111208lambousis-cp

24     Q    Anything else that I might recognize today?

25     A    Cluster, clustering the support, and then

10

1    there's 200-plus different machine types that make up

2    System X.  So I don't -- I don't believe you would

3    recognize them by four-digit machine types.

4        Q    You're right.  I probably would not.  How many

5    members do you have on your team or what is your team?

6        A    My team is System X support.

7        Q    And is it everyone?

8        A    It's everyone on System X support.

9        Q    How many people is that?

10       A    It's around 160.

11       Q    And is there within that 160-member team, is

12   there a group of team members that you consider like

13   senior or more management?

14       A    I have a team that directly report to me of

15   team leads.

16       Q    Okay.  How many are on that team?

17       A    There's ten.

18       Q    And you call them team leads?

19       A    Yes.

20       Q    And who are those ten?

21       A    By name?

22       Q    Yeah.

23       A    Let me start off logically:  Sebastian Savage,

24   Fred Nutter, Charles Coleman, Jack Cam, Kevin Boren,

25   Dan Smith, Dominique Sarno, Dan Smetana, and Damon Key.

111208lambousis-cp

1    Is that ten?

2       Q     Nine, ten.  I got them all.

3       A     Brenda Strickland.  Sorry.  She doesn't have a

4    team.

5       Q     Then I take it each one of these individuals,

6    they have additional individuals under them?

7       A     They have -- some do have responsibility to

8    teams on the floor, yes.

9       Q     Some, I take it then, not all of them?

10      A     That's true.

11      Q     Which ones do not have responsibility?

12      A     Brenda Strickland.  That's why I missed her.

13   Her responsibility is directly to me with the schedule.

14      Q     But everybody else, I take it, has a group of

15   individuals on the floor?

16      A     That's correct.

17      Q     Just so I'm clear, when you say "on the floor"

18   or if I say "on the floor" today, are we talking about

19   the Riveredge Atlanta call center?

20      A     For the most part.  I do have a small group of

21   people in Raleigh, North Carolina.

22      Q     And which of these members is the team lead

23   for Raleigh?

24      A     Dan Smith.

25      Q     Who do you report to?

1112081ambousis-cp

1      A     Vicki Reidy.

2      Q     And who is Vicki?

3      A     She is the Smart Center executive, is her
4   title.

5      Q     And what is the Smart Center?

6      A     It's another name for System X technical
7   support.

8      Q     And who does Vicki report to?

9      A     Charles Oh.

10     Q     Can you spell Charles' last name?

11     A     O-H.

12     Q     Do you know Charles' title?

13     A     I'm not really -- not sure.

14     Q     Do you know who Charles reports to?

15     A     Hallie Myers.

16     Q     And then do you know Hallie's title?

17     A     I believe she's vice-president of technical
18   support, something close to that.

19     Q     And where is Hallie located?

20     A     I believe her office is in Raleigh.

21     Q     In some of the documents, I've come across the
22   name Melanie Curtis.

23     A     I don't recognize Melanie Curtis.

24     Q     Now, with your team and, I guess, especially
25   the team leads, what kinds of things do you guys, on a

13

1   monthly basis, what kinds of things would you sit down
2   and, say, manager strategize about?  If it makes it
3   easier for you, why don't we look at like the last

Page 11

1112081ambousis-cp

4   month.

5       A    We have a set of business objectives that are
6   our primary responsibility, and that would be what we
7   would talk about.

8       Q    Okay.  And what are those business objectives
9   that are your primary responsibility?

10      A    There's several, but the first and foremost
11  would be client satisfaction, answer speed, ASA, which
12  is answer speed to our live clients.

13      Q    Is that in reference to like telephonic
14  customer support?

15      A    Yes.  Do you want me to go down a list?

16      Q    Yeah.  Why don't we go down a list.

17      A    We have, for electronically placed call
18  clients, we have a metric called CC Within An Hour,
19  Call Back Within An Hour.  We have a technical metric
20  called Solve Rate, which is basically the number of
21  times we're able to resolve the client's problem on the
22  telephone.

23           Along with that metric is one called First
24  Time Fix, where we measure the percent of time that our
25  action plan given to the client to solve their problem

14

1   was, in fact, correct.  We have -- there's several
2   more.

3       Q    Okay.  You've listed a few of these metrics
4   that, I take it, do you measure them and keep track of
5   them?

6       A    Yes.  I have the data provided to me; let me

Page 12

1112081ambousis-cp

7   put it to you that way.

8       Q    The data is provided to you, and you see it in

9   forms of reports?

10      A    Yes.

11      Q    What kinds of reports?

12      A    Reports that present me the data that I just

13  described to you.

14      Q    Yeah.  Are there specific names to certain

15  reports?

16      A    There are names, but I don't -- there are

17  names -- well, one would be Customer Satisfaction or

18  NSI.  They're kind of self-explanatory.

19      Q    Okay.  Is your team structured in the same way

20  that I'm learning other groups within the call center

21  are structured?  And by that I mean, you have team

22  leads.  Is there a first line and a second line, if I'm

23  saying that correctly?

24          MR. RAY:  Is the question whether they

25      have first lines and second lines or is his

                                                        15

1       team structured like other teams?

2           MR. WALTON:  It's compound.  Thanks.

3       I'm just trying to get an understanding.

4   BY MR. WALTON:

5       Q    Within your teams, do you have first-line

6   managers?

7       A    Yes.

8       Q    Do you have second-line managers?

9       A    Well, I told you Vicki's title.  Under the old

Page 13

111208lambousis-cp

10    nomenclature within IBM, I don't know whether she would

11    be two or three.

12        Q    Now, help me --

13        A    Her title is Smart Center executive.

14        Q    The first reports to the second or is it the

15    other way?

16        A    The first reports to the Smart Center

17    executive.

18        Q    So if Vicki were the second, they would be

19    reporting to her as first line?

20        A    Yes.  I do report to her, as I said.

21        Q    Okay.  Just so I'm clear, if Vicki gives you

22    an order, you're supposed to follow it?

23        A    That's correct.

24        Q    And if you give any of your team members an

25    order, they're expected to follow it?

                                                          16

1        A    That's correct.

2        Q    And where is your office located?

3        A    1500 Riveredge Parkway.

4        Q    Within Building 1500, where?

5        A    Ninth floor.

6        Q    Are all the floors at Building 1500 IBM

7    floors?

8        A    I don't believe they are anymore, no.

9        Q    Do you know which floors are IBM?

10        A    I know a few.  I know for sure mine is.

11        Q    Okay.

12        A    I know the fourth floor is, because I've

                        Page 14

111208lambousis-cp

13    worked there before.  The seventh floor, I have a

14    classroom for my team on that floor, and I believe

15    that's all IBM real estate on that floor.

16        Q    And the fifth floor, you don't know?

17        A    Fifth floor, I believe, is still all IBM.

18        Q    And how about the third?

19        A    The third floor is our POS support center, so

20    yes.

21        Q    When you say "POS support," what's that?

22        A    It's a retail, retail clients.

23        Q    Now, are you a salaried employee?

24        A    I am.

25        Q    By that, do you understand what I mean when I

17

1    say an "exempt salaried employee"?

2        A    I do.

3        Q    Do you know how many members of your team --

4    and by that I mean all 160 -- are also exempt salaried

5    employees?

6        A    Well, eight of my ten team leads are exempt.

7    I know we have a few on our Level 2 technical support

8    team that are exempt.  Beyond that, I'd have to refer

9    back to the managers and refresh my memory.

10        Q    But are most of the 160 members nonexempt,

11    hourly paid employees?

12        A    Yes.

13        Q    Is there a specific set of policies that IBM

14    has that you're expected to follow in managing your

15    team?

Page 15

111208lambousis-cp

16    A    I'd have to say no to that.  There are

17   certainly some HR policies, if you will.  There's no

18   policies to drive a manager to do step A, step B, step

19   C.

20    Q    Okay.  Other than -- if I'm understanding

21   then, the HR policies would be something that IBM would

22   expect you to follow?

23    A    Yes.

24    Q    Other than that, your team, your creative

25   energies, your education, your backgrounds, you're

18

1   supposed to as a team manage that and do that sort of

2   on yourself, I mean, under your own like guidance and

3   direction?

4    A    With my immediate managers' understanding and

5   blessing, sure.

6    Q    Yeah.  You have more freedom, discretion, if

7   you will, to go out and, say, do your job, do what your

8   team is hired to do, right, on that side?

9    A    Yes.

10    Q    Now, with respect to these HR policies, are

11   they written down anywhere?

12    A    All of our HR data is available online.

13    Q    Is that available to all employees?

14    A    Sure.

15    Q    So if you wanted to reference any policy,

16   human resource policy of IBM's, you would just go

17   online and look at it?

18    A    I would.

Page 16

111208lambousis-cp

19    Q    How are any policy changes then communicated
20  to you?  By that I mean HR policies.  Let's just stay
21  focused there.
22    A    Well, clearly, there would be an
23  announcement -- there would be a general announcement
24  to manager teams if there was any major change to any
25  one policy, but, secondly, the online document is the

19

1   most current.
2     Q    When was the last general announcement of a
3   change that you recall?
4     A    I don't really have a clear recollection of a
5   major change.
6     Q    So you don't recall when in the last five
7   years?
8     A    Possibly in the last five years.
9     Q    How about in the last year?
10    A    I don't recall anything in the last year.
11    Q    Last three years?
12    A    I'll stay with my five-year answer.  If I knew
13  one, I would tell you.
14    Q    I understand.  I was just -- as lawyers, we
15  like to be particular sometimes.
16    A    I rely on the online document if I have a need
17  to reference anything.
18    Q    Just out of curiosity, what is the last
19  general announcement you recall of any change in HR
20  policy?  If you don't recall, that's fine, too.
21    A    I believe the last one I recall would be a

111208lambousis-cp

22 change in our vacation policy, how it's accrued, et

23 cetera.

24      Q    I'm going to switch gears and go back to

25 having you describe what your responsibilities were

20

1  when you were a team lead, do you remember, where you

2  were a team lead for six to eight months.

3      A    Team lead role is a supervisory role between

4  the employee and the management.  It's an advice and

5  counsel type of position.

6      Q    So what would you do in that role?

7      A    A for instance would be a difficult client on

8  the phone with a rep that needed help to control the

9  situation, is a major role for a team lead.  A question

10 maybe about how to handle a customer's situation would

11 be a role for a team lead.

12     Q    Now, for your call center and your tech

13 employees, many of their situations are handled via --

14 I don't know if you call it a script, a preset Q and A:

15 If the client on the phone says this, the document

16 tells, you know --

17     A    No.  That's not true in our case.

18     Q    That's not true in your case?

19     A    No.  We don't work on a script level.

20     Q    Okay.  How do you guys --

21     A    We have professional technically trained

22 people that work every problem as a unique problem.

23     Q    There isn't a script on this is how to answer

24 the phone?

111208lambousis-cp
25      A    We have a script that says thank you for

21

1    calling IBM, my name is, yes.  To that extent, we have
2    a script.
3       Q    But after you get beyond or into a particular
4    problem -- or when does the script stop?
5       A    When it's appropriate to stop.  Truly, our
6    script is our -- the way we answer the phone and the
7    way we close a call.  Within the rest of that
8    conversation, it's freelance.  All problems are
9    different, and so we don't -- we can't script it
10   because you couldn't.
11      Q    Okay.  At what point does your team or member
12   of your team become the recipient of the telephone call
13   for a problem?
14      A    In the case of System X, a client calls
15   1-800-IBM-SERV, and if they put their four-digit,
16   machine type in the VRU correctly, they come directly
17   to my team, which is different from other support
18   centers.
19      Q    Yeah.  It's different from almost any other
20   system, right?
21      A    Yes.
22      Q    Do most members of your team have significant
23   experience within IBM and System X before they can get
24   hired on?
25      A    I have all ranges of seniority on that team,

22

111208lambousis-cp

1    quite frankly.  I have people brand new within the last
2    90 days all the way up through people with as much time
3    as myself.
4        Q    So you can literally get onto your team as an
5    entry level?
6        A    I have contractors on my team.  Therefore,
7    yes, the answer is yes.
8        Q    As a team lead -- and you described sort of
9    the liaison between the employee and management -- do
10   you have some HR responsibilities there, too, as a team
11   lead?
12       A    No.
13       Q    It's specifically the client assistance side?
14       A    Technical guidance, process guidance,
15   adherence to our processes, those kinds of things.
16       Q    Now, the problems each client may have within
17   System X -- correct me if I'm wrong -- you described
18   them as unique, but can they be clustered together and
19   you have kind of common themes or problems that emerge?
20       A    Yeah, we have -- we certainly have common
21   types of failures within certain product sets, yes, and
22   we have databases to search in.
23       Q    And those databases, are those the tools?
24       A    That would be some of the tools.
25       Q    Some of the tools.  As you see common problems

23

1    develop, do you inform all the team members, A, here's
2    a common problem, B, here's how we recommend you
                        Page 20

1112081ambousis-cp

3    address it?

4        A     In some cases, my team may do that.  In other

5    cases, the brand would do that, the brand being System

6    X.  The engineers and developers that develop the

7    product and support the product are really responsible

8    to document that data.

9        Q     But if they haven't documented --

10       A     Surely, we come across things ourselves that

11   we document on our own Web pages to get the word out to

12   everybody, make it available.  We don't want to

13   reinvent a wheel if we don't have to.

14       Q     Right.  Nobody wants to reinvent a wheel.

15             Now, you talked about, was it procedural --

16   procedures, adherence to procedures?

17       A     Yes.  As a team lead responsibility?

18       Q     Yes.

19       A     Yes.

20       Q     What procedures?

21       A     There are many.  I'd be willing to give you an

22   example or two, if that's what you're looking for.

23       Q     Why don't you give me at least three examples.

24       A     One very important one would be a previous

25   case search.  The first thing we would do with that

24

1    client call would be to look and make sure we haven't

2    had a problem on that machine in the recent past.

3    That's paramount.  So that would be one.

4             Another process is -- that's very important to

5    the business is parts launch and CRU.  It's a very

Page 21

111208lambousis-cp

6    sophisticated system of moving parts from where they

7    are in IBM to the client to resolve problems.  The

8    process has to be followed correctly in order to meet

9    the needs of the client.  Those would be two major

10   ones.

11        Q    And for that, is it your own team or your own

12   group that has these procedures you've developed for

13   it, or is it for each -- I mean, is it your own group

14   that's developed these procedures?

15        A    Many of the procedures were developed

16   specifically for System X and the Smart Center.

17        Q    And when you say "were developed," did you

18   develop them or were they developed by IBM in general,

19   then passed down to you?

20        A    The ones that's specific for System X, I would

21   say I probably had most of the influence to those.

22        Q    I've noticed in many, many of these

23   documents -- I'm going to shift gears a little bit

24   here -- I've come across acronyms, names and things I

25   don't quite understand.

0

25

1         A    We're a company of acronyms.

2         Q    This is not a test or anything.  I'm just

3    going to have you help me understand things, and if I

4    give you an acronym, if you can --

5         A    If I know it, I'll tell you.

6         Q    That's perfect.  IMBPD?

7         A    I don't know what that stands for, but I do

8    think it's a division within IBM.

Page 22

111208lambousis-cp

9    Q    Are you within that division, do you know,

10   your group?

11    A    I'm not.

12    Q    Then MBPD?

13    A    I don't recognize that one at all.

14    Q    CRM?

15    A    CRM, I don't -- I mean, that's not an

16   IBM-unique acronym.  CRM is Customer Relationship

17   Management, is what I understand it to be.

18    Q    That's perfect.  I don't intend these to

19   necessarily be IBM unique.  They just appear in many of

20   the documents IBM has produced in this case.

21    A    Okay.

22    Q    CMS Agent Group?

23    A    I'm a little familiar with CMS.  It's not the

24   tool that I use on my team.  I believe it's used on

25   other parts of remote support.

 

26

1    Q    CMS is a tool?

2    A    I believe it's a tool.

3    Q    US Work Force Management?

4    A    I don't know what that means.

5    Q    How about America's BTO/CRM Customer Contact

6   Centers?

7    A    I would know that to be the individuals that

8   are on the fifth floor in my building and many other

9   places.

10    Q    WFM?

11    A    Sounds like a radio station.

Page 23

111208lambousis-cp

12    Q    It does to me, too.

13    A    Beyond that, I'm sorry.

14    Q    US Resource Planning?

15    A    It's kind of intuitive.  I don't know exactly
16 what it is.  Maybe -- it might be our people in Raleigh
17 that do our resume, you know, job posting kind of
18 stuff.

19    Q    I think I figured out yesterday SCET, Software
20 Customer Entitlement Team?

21    A    It sounds close, sounds what it could be.

22    Q    Do you know what a DOR is?

23    A    I don't.

24    Q    Do you know what PMR process error is?

25    A    I know what PMR is.

27

1    Q    Okay, PMR.

2    A    PMR is a call record, one of the tools that
3 are used to document client problems.

4    Q    And the PMR, if I understand it correctly, for
5 every specific problem that PMR moves from call center
6 to call center or from like technical support back to
7 sales where you all sort of --

8    A    No.  I think --

9    Q    -- include your input?

10    A    -- you've been a little misinformed there.

11    Q    Okay.

12    A    Sales certainly don't use RETAIN/PMRs.

13    Q    Okay.

14    A    Some support centers do use RETAIN as their

Page 24

111208lambousis-cp

15  call management tool.  I don't.  System X doesn't.  So
16  another support center with a PMR couldn't move that
17  PMR to me because we don't use that tool.  So in that
18  respect, you didn't have it quite right.  It is a call
19  management tool.
20      Q    It is a call management tool?
21      A    (Nods head affirmatively.)
22      Q    Do people include like notes about a call?
23      A    Absolutely.
24      Q    And, say, a resolution about a call or plans
25  for what research to do next on this issue?

                                                28

1       A    Any and all of that would probably be included
2   in a PMR, yes.
3       Q    Okay.  What is System I?
4       A    System I is another platform of machines.
5   They used to be called AS 400, which is what I remember
6   it to be.  Now they're System I.  It's just another
7   family of machines.
8       Q    And System P?
9       A    Another family of machines.
10      Q    And System Z?
11      A    Another family of machines.
12      Q    I came across something Tivoli, T-I-V-O-L-I?
13      A    Tivoli is software, a company that we actually
14  bought.  But it's a software product, not a hardware
15  product.
16      Q    I guess you provide technical and customer
17  support for it as well then?
                    Page 25

1112081ambousis-cp

18      A      There is someplace --

19      Q      Not your group?

20      A      Somewhere in IBM, there is, yes, support for

21   Tivoli.

22      Q      Rational?

23      A      I'm not familiar with Rational.

24      Q      IM, I assume, whenever I see that, I'm just

25   guessing instant messaging, but that may be --

                                                    29

1      A      That's what it would mean to me.

2      Q      AIM?

3      A      AIM is a tool out on the Web world for instant

4   messaging.  I use it.

5      Q      RSS?

6      A      No.  RSSCC, but not RSS.

7             MR. WALTON:  Do you want to take like a

8      five-minute break.

9             (A recess was taken from 9:50 to 9:55 a.m.)

10   BY MR. WALTON:

11      Q      Now, you provide technical support, your

12   group, right, for System X?

13      A      Yes.

14      Q      Does a different group at IBM provide other

15   kinds of support for the same system?

16      A      No.

17      Q      Are there other kinds of support that IBM

18   provides to customers or clients?

19      A      There's multiple support centers within IBM.

20      Q      Can you describe the different kinds for me?

Page 26

1112081ambousis-cp

21     A     Well, I think you took yourself down that list
22  when you read Z, P and I.  You mentioned Tivoli, which
23  would be on the software side of the business.  I can't
24  tell you more than that.  But, I mean, we support
25  whatever our client needs us to support, I'm sure.

30

1      Q     So for each of those products I mentioned,
2   there would be a different group dedicated to
3   supporting it?
4              MR. RAY:  Objection to the extent it
5         calls for speculation.
6              But certainly you can answer.
7      A     (By the witness)  Could you ask me again?
8      Q     Yeah.  For System I, System P, System Z,
9   Tivoli, for each of those products or product groups,
10  right, there would be a support center within IBM for
11  it?
12             MR. RAY:  Same objection to the extent
13        it calls for speculation.
14             But you can answer, if you can.
15     A     (By the witness)  The extent of my knowledge
16  of it, the answer would be yes, but I don't know if
17  it's limited to those specific products by themselves.
18  I don't know enough about it.
19     Q     Right.  I started trying to ask you, you do
20  technical support.  What happens if somebody has a
21  question about, say, contractual arrangements?
22     A     Well, if they called us, they would be calling
23  the wrong place.  We would want to transfer them to
                          Page 27

1112081ambousis-cp

24    wherever they really needed to be if they got us in
25    error.

□

1     Q    Are there other kinds of support within the
2     IBM -- correct me if I'm wrong.  You guys focus on the
3     technical support for a client.  Is there also, say, a
4     customer relations support of some sort or contractual,
5     as I've heard, entitlement support?
6     A    Entitlement is clearly a support center, if
7     you will.  We have some interaction with that team from
8     time to time.
9     Q    And then are there other kinds of support
10    centers, if you know?
11    A    I would clearly state that I know and realize
12    there are hardware support centers and there are
13    software support centers.
14    Q    Okay.
15    A    And that's probably all I want to speculate
16    on.  I know those for a fact.
17    Q    There are hardware and software support
18    centers?
19    A    Right.
20    Q    And that's a line that IBM sort of -- a
21    demarcation line for the kind of support centers?
22    A    I don't know if it's a demarcation line.  It's
23    a --
24    Q    Distinction?
25    A    It's a difference in technology that requires

111208lambousis-cp

32

1    different levels of skills, different types of skills.
2        Q    And would there also be a laptop kind of
3    support?
4        A    There is a laptop support center.
5        Q    Okay.  Do you know where that or a laptop
6    support center is?
7        A    There's one in Sterling Pointe in Atlanta.
8        Q    Do you know where there are other kinds of
9    hardware support centers?
10       A    I know of some geographically, yeah.
11       Q    Which ones?
12       A    Well, we could start right here in Atlanta.
13       Q    Okay.
14       A    I know there's a small center in Charlotte,
15   Raleigh, North Carolina, have some people in a team in
16   Poughkeepsie that I'm aware of in New York, clearly in
17   Dallas, Austin, Rochester, Minnesota, Tucson, Arizona,
18   San Jose, California.  That's the ones that I have
19   personal knowledge of.
20       Q    And with technical support for System X, do
21   you have people employed there 24 hours a day?
22       A    Yes.
23       Q    So somebody in Beijing, for example, with a
24   Blade server, they're going to try to reach you here?
25       A    No.  My center supports North America.

33

111208lambousis-cp

1    Q    North America only?

2    A    Yes.

3    Q    And that person with the Blade server in

4    China, they would be trying to reach somebody at a

5    different support center?

6    A    A team similar to mine in a different

7    geography, that's correct.

8    Q    Is that the same for these other kinds of

9    support centers that you know about?  Are they limited

10   to serving or supporting North America?

11   A    Some that I know about, the answer would be

12   yes.  I can't speak to all of them.

13   Q    Yeah.  I'm not asking you to speak for all of

14   them, the ones that you know about.

15   A    In most cases, IBM is structured such that

16   there's support centers within the countries and

17   geographies around the country.

18   Q    So there's support centers in --

19   A    There's language barriers and things like that

20   that require that.

21   Q    How long has Vicki Reidy been the person you

22   report to?

23   A    Presently, I think it's been two years,

24   two-plus years.

25   Q    Who was it before Vicki?

34

1    A    Roy Ovesen, I believe.

2    Q    And how long was Roy in that position?

3    A    Similarly, two, three years maybe.

Page 30

111208lambousis-cp

4     Q     Is Roy still with the company?

5     A     I believe he -- he retired, and I believe he

6     has come back, yes.  I think so.

7     Q     Do you happen to know where?

8     A     I don't know what he's doing.

9     Q     Now, where is physically -- you're on the

10    ninth floor, right, at Riveredge?

11    A     Right.

12    Q     Where is your office located on the ninth

13    floor?

14    A     I'm in a office that's on an outside wall

15    looking out through the windows.  The rest of the floor

16    is structured in cubicles.

17          MR. WALTON:  Can we go off the record

18       for a second?

19          (A discussion ensued off the record.)

20          (Plaintiff's Exhibit No. 2 was marked.)

21    BY MR. WALTON:

22    Q     I've handed you what's now been marked Exhibit

23    2.

24    A     Okay.

25    Q     Can you describe for me what this is?

35

1     A     It's a very archaic floor plan of the ninth

2     floor, 1500 Riveredge.

3     Q     And you've put on here -- why don't you

4     describe for the record --

5     A     I think the question was where is my office.

6     Q     Correct.

Page 31

111208lambousis-cp

7    A    And then you asked me to draw this.

8    Q    Yes.

9    A    My office is right here.

10   Q    There's an arrow pointing up to your office.

11   Where is the elevator bank?

12   A    Right in the center here.

13   Q    Do you have to badge in to get into the ninth

14   floor?

15   A    You do.

16   Q    Where do you badge in?

17   A    There is one, two, three doors that you can

18   badge in.  There's a little hallway here.  The

19   bathrooms are here, and there's three badge doors.

20   Q    Is there a break room on the ninth floor?

21   A    Yes.

22   Q    Where is the break room located?

23   A    The break room is like over here.  It's part

24   of this center core.

25   Q    Can you put a B in the middle there or

36

1    something that we can identify it?

2    A    (Witness writing on exhibit.)

3    Q    Thank you.  When you badge in, does it

4    record -- is the time somebody records badging in kept

5    by IBM anywhere?

6    A    If so, it would have to be the IT people, the

7    people that, you know, own our tools and manage our

8    tools within the building, I suppose.

9    Q    They would be the ones that might know that,

111208lambousis-cp

10    would answer that?

11         A    (Nods head affirmatively.)

12         Q    And then in the remainder of the open area, is

13    that -- what is that?  Is it going to be cubicles?

14         A    It's all high wall cubicles.

15         Q    And high wall, how high are the walls?

16         A    About my height, about 5-7, 5-8 maybe.

17         Q    For many people who --

18         A    Can't see over them.  I have a hard time

19    seeing over top of them.

20         Q    Even standing up?

21         A    On my tiptoes, I can kind of glance over top

22    of them.

23         Q    Okay.  And the cubicles themselves, how big

24    are they?

25         A    I would be guessing, typical cubicle, 48

37

1    square feet sounds familiar to me, floor space.

2         Q    Okay.  But are they all uniform?  I mean, are

3    they all the same, the cubicles?

4         A    For the most part.  There are a few that are

5    on end rows and that are designated to be team lead

6    cubicles that are a little bit different in

7    configuration, if you will.

8         Q    And are the team lead cubicles a little bigger

9    or just different in configuration?

10         A    I don't think they're bigger.  I think they're

11    just a little different in configuration.  There's a

12    window that's in one of those six-foot panels that I

Page 33

111208lambousis-cp

13  was talking about versus not having a piece of glass.

14  I believe they're offset a little bit in the hallway.

15      Q    I heard yesterday about limitations on the

16  number of coffee pots now on the floor.  Do you have a

17  limitation on the coffee pots on your floor?

18      A    The limitation is we don't have personal

19  coffee pots on the floor.  That's always been the real

20  estate rule.  We have a break room where we have a

21  commercial coffee maker that we provide for our reps.

22      Q    Is there another coffee pot on the floor

23  anywhere other than the break room?

24      A    Not that I know of.

25      Q    Okay.  What hours do you work?

38

1      A    Generally, I'm there during the day, daylight

2  hours, 7:00 to 5:00 or 6:00, 8:00 to whenever.  I don't

3  really have a specific -- I'm exempt.  I --

4      Q    Right.  I mean, I understand you're exempt.

5      A    Generally, I'm there during what we would

6  consider to be your traditional first shift.

7      Q    And what are the hours of the first shift?

8      A    On my team, there are many different start

9  times, shift times.  So there's nothing traditional

10  about it.  I only said that because I thought you would

11  understand it.

12      Q    I have seen it in the documents.

13      A    We have start times that start almost every

14  hour, every half hour.  Particularly in the mornings,

15  we have every quarter hour.

Page 34

1112081ambousis-cp

16      Q     You have start times every quarter hour in the

17   morning?

18      A     In many cases.

19      Q     Why do you have different start times?

20      A     To meet the needs of our clients.  The call,

21   the inbound call patterns dictate when I staff people

22   on the floor.

23      Q     Is it -- what variable makes it the single

24   largest determination, is the determining factor?  Is

25   it the volume of calls?

39

1      A     Volume of calls.

2      Q     So the higher the volume of calls, the more

3   people that are needed to be staffed?

4      A     Yeah.

5      Q     Is there a particular reason why you stagger

6   them perhaps 15 minutes in the morning apart?

7      A     Again, I align it as closely as possible with

8   inbound call patterns.

9      Q     I was wondering if it was like maybe a traffic

10   pattern, too much congestion or anything like that.

11   Just strictly on the client calls?

12      A     That wasn't in the thought process.  It's

13   strictly inbound call patterns.

14      Q     Okay.  How many hours a day do the nonexempt

15   call center employees of yours work?

16      A     They are scheduled to be on site for nine

17   hours, an hour which is unpaid lunch.

18      Q     Is there a later shift other than the morning

Page 35

1112081ambousis-cp

19    shift?

20        A    Yeah.  I have noon start times.  I have 3:00

21    p.m. start times, 9:00 p.m. start times, 11:00 p.m., so

22    a multitude of different start times.

23        Q    Throughout the day?

24        A    Throughout the day.

25        Q    And evidently well into the night?

40

1        A    When you get the third shift, at that point,

2    everybody is there and working.  I don't stagger

3    through the night, no, because the call patterns don't

4    go that way.

5        Q    So third shift being what start time for you?

6        A    Historically, third shift is considered 9:00

7    p.m. or later.

8        Q    And still the third shift is still a nine-hour

9    shift, typically?

10        A    I have some of both.  I have some 10-hour,

11    four-day-a-week people on third shift, and I have some

12    five eight-hour shifts.

13        Q    Is that true for all your employees?  You have

14    some that are going to be the four 10-hour shifts?

15        A    That's recently true.

16        Q    None of your nonexempt employees are scheduled

17    to work more than 40 hours a week, typically?

18        A    Typically.

19        Q    There may --

20        A    There are times when they're scheduled

21    overtime.

Page 36

111208lambousis-cp

22      Q      Right.  There are times -- I understand

23   there's going to be scheduled overtime?

24      A      Right.

25      Q      But in general, they're going to be scheduling

41

1    them at the 40 hour a week?

2       A      That's correct.

3       Q      And you said recently you've gone to

4    throughout the day some people having the four-day

5    10-hour shifts?

6       A      Right.

7       Q      When did that change occur?

8       A      I think we implemented it about six weeks ago,

9    give or take.  It was an effort to relieve folks on a

10   voluntary basis of $4 a gallon gasoline.

11      Q      It was in response to the high gas prices that

12   we just --

13      A      Prior to that, the only four 10-hour day

14   shifts I had were those people that voluntarily were

15   working third shift.

16      Q      Out of curiosity, has gas prices dropped

17   significantly now here?

18      A      It's $2 now or even less.  It's below $2 right

19   now.

20      Q      Are some of your employees still interested in

21   maintaining their four-day?

22      A      Some have.  Some have already opted back off

23   of it.

24      Q      But that's an employee-by-employee decision

Page 37

25    for you?                    111208lambousis-cp

42

1      A    well, driven by what was going on with
2    gasoline, et cetera, yeah.  I mean, that's not ever
3    been a thought process in my center prior to that
4    issue.
5      Q    Okay.  Now, how does IBM keep track of their
6    call center employees' work time?
7      A    Actually, the employee keeps track of his work
8    time through a tool that's part of IBM's tools.
9      Q    which tool?
10     A    eTOTALS.
11     Q    And how does that work?
12     A    It's just an online tool that you log into,
13   brings you personally up.  If you have a fixed
14   schedule, the schedule is fixed in there.  If you have
15   incurred overtime, you record the overtime there on the
16   day it was worked, and then it goes -- it's submitted
17   electronically, and it routes to that person's manager.
18     Q    Let me just go back.  when the employee pulls
19   it up, it pulls up their existing schedule?
20     A    Yes.
21     Q    whatever numbers are in there are
22   preprogrammed default numbers of that existing
23   schedule?
24     A    Most people have that in there, that's true.
25     Q    And then if they work hours different from

43

111208lambousis-cp

1    that schedule, the employee makes changes on that
2    eTOTALS?

3        A    Yes.

4        Q    Now, is it as simple as clicking a button and
5    me typing in the additional time I worked, if I work
6    additional time?

7        A    Yeah.  It's pretty simple.  You would tab over
8    to the day in question.  Then there's a group of
9    circumstances, one of which says overtime.  So you
10   would put a splat there.  Then it would pop a window up
11   and let you put the time, the actual time that you
12   worked in there.

13       Q    You said there's a group of circumstances.
14   What other circumstances are listed?

15       A    Things like illness.

16       Q    Okay.

17       A    Leave of absence.  There's a lot of different
18   things in there, most of which, you know, rarely come
19   into play.  I would say illness and overtime are the
20   two major uses within that tool.

21       Q    Okay.  Then after I make those changes, I
22   presume there's a button to hit save, and I save
23   changes of some sort?

24       A    Submit.

25       Q    Submit?

44

1        A    Yeah.

2        Q    Where does the submission go?

Page 39

111208lambousis-cp

3      A    If there's -- if there is an exception on

4    there, something other than the standard 40-hour work

5    week, it routes to the assigned manager.

6      Q    Does that mean it's routed to you?

7      A    It's routed to the manager of record for that

8    employee.  So the ten team leads we talked about

9    before, their time cards would come to me.

10      Q    Okay.  And the people underneath them, the

11    time cards would go to those ten leads?

12      A    No.  Every IBM employee in System X has an IBM

13    manager.

14      Q    Okay.

15      A    So there are two other managers beside myself

16    within System X.

17      Q    Who are those two?

18      A    Juanita Carver and Steve Coy.

19      Q    How long have those two been in their

20    management positions under System X?

21      A    Steve's been there about a year, I believe.

22    Juanita's been there three, four years.  I don't know.

23      Q    And who was it before Steve?

24      A    Maybe Ed Lewis for a period of time.  I'm

25    trying to remember.

45

1      Q    Was Ed Lewis the manager for only a short

2    period of time?

3      A    Yeah.  I think he was on a -- he took a family

4    leave of absence or something, was out for a couple of

5    years or something.  So there's been some changes.  I'm

Page 40

1112081ambousis-cp

6    not saying that there's always been two other managers

7    beside myself at any given point in time.  So for the

8    most part, that's the way we are set up now.

9        Q    You've got two now in addition to yourself?

10       A    Right.

11       Q    Two managers in addition to yourself?

12       A    For System X.

13       Q    For System X, right?

14       A    Right.

15       Q    And it sounds as though that maybe within the

16   last four years, there's been times where it's been you

17   and Juanita that have been the managers for System X?

18       A    A couple of short periods of time, yes.  I

19   think Juanita and I shared some of those employees,

20   that's true.

21       Q    And then other times there's been Juanita and

22   Mr. Coy in addition to yourself as managers?

23       A    Yes.

24       Q    And then at other times, there was Ed Lewis

25   and Juanita and yourself as the managers for System X?

46

1        A    Yes, I believe that's correct.

2        Q    And that's going back, now, probably four

3    years?

4        A    Yeah.  I think, you know, to the best of my

5    recollection, that would be correct.

6        Q    And what started this was I was just trying to

7    understand where the eTOTALS or the time cards --

8        A    I understand.

Page 41

1112081ambousis-cp

9      Q     Okay.  Do you know what a comparison report

10    is?

11    A     Not by that name, no.

12          MR. WALTON:  Can you mark this as

13    Exhibit 3?

14          (Plaintiff's Exhibit No. 3 was marked.)

15    BY MR. WALTON:

16    Q     I'm handing you what's been marked as

17    Plaintiff's Exhibit 3.  It's also Plaintiff's 423,

18    Bates numbers.  Do you recognize something like that?

19    A     No.  I don't use anything that looks like

20    this.  Well, I use -- I have a report -- I'll change my

21    answer to I have a report that provides me similar data

22    than what I think I'm looking at here.  How's that?

23    Q     That's fine.  What do you call your report?

24    A     Log-in/log-out.

25    Q     Your log-in/log-out report, what does that

                                                        47

1     provide you?  I mean, what information, what data does

2     your log-in/log-out report provide?

3     A     It provides employee -- employee's name,

4     obviously, the time they logged in for that day, the

5     time they logged out for that day, and also the amount

6     of time that they were in lunch and break.  Codes on

7     their telephone totals that time for me.

8     Q     All right.  And how frequently is your

9     log-in/log-out report generated or do you generate it?

10    A     I don't generate it, but I get it -- I receive

11    it daily.

                        Page 42

1112081ambousis-cp

12    Q    Are there other managers in System X that

13  receive that same report?

14    A    I believe so, yes.

15    Q    Today would that include Juanita and Mr. Coy?

16    A    Sure.

17    Q    Are there other managers in addition to

18  those -- to the three of you that would receive that

19  same log-in/log-out report?

20    A    I'm not sure, don't think so.  Well -- I don't

21  know.

22    Q    I'm not sure if I asked this.  Do IBM

23  employees have to badge in to get into the building?

24    A    They do if it's early hours.  There's been a

25  change since we got a commercial customer in our

48

1  building.  So the answer is if it's after, I believe,

2  7:00 a.m., they don't have to.  They would have to once

3  they got to their individual floor, but not through the

4  lobby where there is, in fact, a badge reader.  The

5  hours when security is not there, those doors are

6  locked, and you do, in fact, have to badge in.

7    Q    Now, who provides your customer service reps

8  their training on how to do the job?

9    A    My team is partly responsible for their

10  training.  The IBM Education Center does a lot of the

11  technical training, and then we have many online

12  self-paced kinds of courses that the employee does

13  themselves.  So it's a combination.

14    Q    What are the online courses?

Page 43

111208lambousis-cp

15      A      They could be specific to a machine.  It could

16   be a course that teaches you how to repair a specific

17   machine.

18      Q      Now, let's just look at the training for a

19   second.  Is there a mechanism for your employees to

20   record their training time in eTOTALS?

21      A      No, in TOTALS, no.  It would just be

22   considered time worked.

23      Q      Different from any other time worked?

24      A      From a time recording point of view, training

25   would be no different than working.

49

1      Q      Okay.

2      A      Training is working.

3      Q      Now, your team provides some of their

4   training, correct?

5      A      Yes, parts of my team.

6      Q      Parts of your team, not all of your team.

7   What kind of training does some of your team members

8   provide?

9      A      Clearly, technical training above and beyond

10   what they may have already gotten from our own

11   education center or online courses, also, unique

12   processes unique to System X, the tools, the processes.

13   If you're new to System X, that would be a major piece

14   of your learning experience.

15      Q      Then the IBM Education Center, what kinds of

16   training does it provide to your employees?

17      A      It's typically specific hardware repair

111208lambousis-cp

18    training.

19        Q    Now, at what point, if ever, are the employees

20    trained on how to enter their time for eTOTALS?

21        A    That's part of a new hire orientation.

22        Q    Who is it that does that training?

23        A    I don't think you could pin that down to any

24    one person.  There's been changes in that that I recall

25    through the years.

                                                          50

1              Right now, they have implemented a new two-day

2     class that you go to as a new IBM employee.  Prior to

3     that, we were using a thing called a career coach

4     designated in the center to basically convey the same

5     information as this two-day class, but it was done more

6     personal one-on-one.  There's been different iterations

7     of how that takes place.

8         Q    Okay.  Where does the two-day class occur?

9         A    All over the country, here in Atlanta.  We had

10    somebody here in Atlanta recently that came to the

11    class from Raleigh that we had just recently hired.

12        Q    But would the Atlanta -- I'm trying to

13    understand.  Would the Atlanta employees, say, ever go

14    to Dallas for the two-day class?

15        A    I wouldn't rule it out, no.  From an expense

16    point of view, you would try to get a class that was

17    geographically where your employee is, but based on

18    scheduling, et cetera, as I had to bring this young

19    lady from Raleigh to Atlanta, I may have to do that

20    from Atlanta to Dallas or someplace else.

                         Page 45

1112081ambousis-cp

21      Q      And the career coach, who was the last career

22  coach that, I guess, System X had or was it for the

23  Atlanta Riveredge facility?

24      A      No.  It was for System X.

25      Q      Okay.

51

1       A      The last person we had designated was Lou

2   Mangones, and he has since left the business.

3       Q      And that career coach would sit down with each

4   new hire one-on-one, or would it be a group of new

5   hires?

6       A      If we hired them --

7       Q      Or it could be both?

8       A      If they were hired as a group, it could be

9   both.  It could be individual, or it could have been

10  more than one.

11      Q      And how long would that career coach train

12  them or would this training take?

13      A      Because it took place in the conference room

14  right next to my office a couple of times, I recall it

15  being at least, you know, an all-day affair.

16      Q      How long was it that you all were using the

17  career coach to train new hires?  You described a

18  process --

19      A      This two-day class is real new.  It's like in

20  the last few months that that became the new status

21  quo.

22      Q      And the career coach process lasted?

23      A      I think as long as I've been a manager there,

Page 46

111208lambousis-cp

24    that was the process.

25        Q    Nine years?

                                                        52

1     A    Yeah, I think.

2     Q    At least?

3     A    Right.

4     Q    How is it that in System X you get to

5   determine how many employees, call center reps you get

6   to have on the floor?  Is it a budgetary question?  Is

7   it --

8     A    Are you assuming that I set my head count?

9     Q    Okay.  Let's back up.  Who sets your head

10  count?

11    A    I believe it's done by my boss's boss and his

12  financial guy.

13    Q    So you don't get to make that determination, I

14  guess?  You may have some input?

15    A    I get to participate with input, but I don't

16  have the final decision, no.

17    Q    How is it that that decision is made, if you

18  can describe the process and the considerations?

19        MR. RAY:  Object to the extent it calls

20      for speculation.

21        But you can certainly answer.

22    A    (By the witness)  Well, because I've never

23  actually been there with these individuals to go

24  through the process in its entirety, I don't want to

25  confuse you by guessing.

                        Page 47

1112081ambousis-cp

53

1      Q     I don't want to be confused either.  So I
2   appreciate that.  But what is your participatory role?
3      A     Clearly, the amount of calls that -- your call
4   volume obviously is a big driver to how many people are
5   required to handle your clients.  That's certainly
6   the -- that's the number-one input to that.
7      Q     Then that again goes back to the customer
8   first and taking care of the customer?
9      A     Well, you have a set of business objectives.
10  It would require a certain number of head counts to
11  make that objective.  If you cared about how quickly
12  you answered the phone, then yes.
13     Q     Do you get to make the head count
14  determination for the number of like exempt or
15  management people you have on your team?
16     A     No.
17     Q     That's also a determination made by your
18  superiors?
19     A     It's made by them, yes.
20     Q     Do you get to make the determination of how
21  many nonexempt call center representatives you have on
22  each shift or how they're scheduled throughout the day?
23     A     Yes, I do.
24     Q     So you get the head count determination made
25  for you, but you get to make the determination on how

54

Page 48

111208lambousis-cp

1   to schedule the number of heads?

2       A    Right.  That's exactly right.

3       Q    Is there a start time policy for your call

4   center representatives?

5       A    There's an expectation.  I have an expectation

6   for System X that says you need to be at your cubicle,

7   logged on, ready to take a call at your start time.

8       Q    Okay.  Is your expectation pretty much

9   communicated to your team?

10      A    It has been communicated to the team, yes.

11      Q    What is required of your employees to meet

12  that expectation?

13      A    To power up their workstation, apply their

14  passwords and then enter their five-digit phone ID that

15  logs them into the phone system.

16      Q    Say I was one of your employees.  How long

17  would that take me to do, to power up, log in?

18      A    I've never taken the time to measure it, but

19  my good guesstimate would be it's a four-, five-,

20  six-minute ordeal, based on my own tools.

21      Q    Correct me if I'm wrong.  I'm going to assume

22  that some days it's quicker than others; some days it's

23  slower, depending on what computer processes are

24  running in the background, or maybe a tool program

25  crashes?

55

1       A    I don't think I can assume that.

2       Q    Okay.  Is it pretty uniform then?

3       A    If an application is off line, it's off line.

Page 49

111208lambousis-cp

4    You can't get to it, and I can't get to it either.  I

5    don't know how else to answer that.  I don't think you

6    can assume that the time will vary.

7        Q    So your experience is that the time remains

8    pretty consistent?

9        A    I would say yes.

10       Q    Does everybody on the floor have the same

11   computer processing unit?

12       A    No.

13       Q    Would the time vary?

14       A    The workstation, do they all have identical

15   workstations?

16       Q    Right.

17       A    The answer is no.

18       Q    Do you know if the time would vary depending

19   on somebody's workstation?

20       A    You know, I'm not a technical guru anymore.

21   We attempt to have the same speed equipment on the

22   floor.  So I would suspect that they would be very

23   similar, but I don't know.

24       Q    And is there an end time policy?  We were just

25   talking about start time, right?

□

56

1        A    Okay.  Now you're asking --

2        Q    Now I'm asking about like the end time.

3        A    Well, I'm going to rephrase it for you and

4    tell you what my expectation is for a stop time.

5        Q    That's perfect.

6        A    For System X.  And that is --

Page 50

111208lambousis-cp

7    Q    Okay.  That's what I was trying to ask.  So
8    thank you.

9    A    -- your schedule is your schedule, unless
10   you're still on the phone with a client or we have
11   calls backed up.  If you're on the phone with a client,
12   you finish that work with the client.  You record that
13   time.  You go home.

14        If you're not on the phone with a client and
15   there aren't any calls or buzzers aren't going off and
16   there's no immediate need for you to be there, before
17   your stop time, shortly before, you power your stuff
18   down and proceed out the door.

19   Q    I mean, much in the same way, other than if
20   you're on the phone with the client, it would just be
21   the reverse of what you had to do in the morning:
22   Power down, log off and leave?

23   A    Yes, pretty much.

24   Q    Then the exception being if you're on the
25   phone with a client, you take care of the client,

57

1    record the extra time, and then you do the power down
2    and everything?

3    A    Yes.

4    Q    I mean, there may be some minor differences
5    here and there?

6    A    Pushing the on-off button, which some people
7    do, which would be an immediate time to go off.  The
8    answer is yes.

9    Q    Do your call center representatives get to

Page 51

111208lambousis-cp

10    take breaks whenever they want?

11         A    For the most part, we have recommended windows

12    of time for breaks and for lunch, because we have to

13    manage again availability to our clients.  So depending

14    on when your start time is, we have a window that we

15    would prefer that you work within if possible, but it's

16    not always possible.  You get caught on a call with a

17    client.  We understand that.  So the answer is we have

18    recommendations, but they take the breaks when they

19    take the breaks.

20         Q    And --

21         A    If they're well outside their window, we may

22    ask that they discuss it or talk to their team lead.

23    Beyond that, it's pretty much the employee's choice.

24         Q    Then the hour, it's not preset in stone, if

25    I'm understanding you?  It's recommended again, the

58

1    hour for lunch, right?

2         A    It's not preset.  We have a window of time,

3    which typically is four hours after your start time.

4         Q    And do you know if that's true for, say, the

5    call center on the fifth floor, if it's the same?

6         A    I don't have a clue how they manage their

7    breaks.

8         Q    Are you aware of the Department of Labor ever

9    coming and conducting an investigation of wage-and-hour

10    payment and policies ever at IBM Riveredge?

11         A    I'm not aware of it.

12         Q    What about the State of Georgia?

111208lambousis-cp

13    A    I'm not aware of that either.

14    Q    Okay.  What is -- are you familiar with if I

15  say the word "productivity"?

16    A    To the extent of my definition, yeah, I am.

17    Q    What is your definition?

18    A    It's the way we analyze the amount of work

19  that an employee produces within an eight-hour workday.

20    Q    And what are the variables or metrics that go

21  into that measurement for you?

22    A    We look at productive and nonproductive codes

23  on the telephone that they can enter.  We look at the

24  number of calls taken.  A number of factors go into it.

25  There's no expectation that anybody would be 100

59

1  percent --

2    Q    Productive all the time?

3    A    -- productive every day, yes.  That's

4  unachievable.

5    Q    I mean, do you have a percentage expectation

6  in general?

7    A    Yeah.  I like to look at about 80 percent from

8  the environment we're in.

9    Q    Okay.  Is there a report that would

10  specifically identify for me like all of the factors or

11  variables considered?

12    A    No.  I don't think there's any one report that

13  does that, no.  It would have to be a combination of

14  data.

15    Q    And what combination of data would that be or

Page 53

111208lambousis-cp

16    would need to be provided for me to see all of the

17    different variables?

18        A    It could be just any number of reports.  I

19    mean, there's many different ways to slice things.  It

20    would -- obviously, it would have to include reports

21    that came from the telephone switch to include

22    telephone time, as I said.  It would have to produce

23    calls that come from our call management tool, which

24    would go towards number of calls taken, so in

25    combination of different ways to look from those two

60

1    basic places.

2        Q    What call management tool do you use?

3        A    There's a tool called ICPM.

4        Q    ICPM?

5        A    Yes.

6        Q    Do you have a title for the telephone switch

7    report that you were just referencing?  Is there

8    something you refer to that as?

9        A    I couldn't count the number of reports that

10    are within that tool, if need be.  So I don't --

11        Q    Is that also an ICPM tool then, or is it a

12    different tool?

13        A    The telephone tool would be totally separate

14    from the ICPM tool.

15        Q    What's that tool, the telephone tool?

16        A    I believe the software is Avaya.  Centerview

17    is another name for it.

18        Q    I'm sorry.  What is that?

Page 54

111208lambousis-cp

19      A      Centerview.

20      Q      Does your floor have sponsors?  Does that make

21   any sense to you when I ask that question?

22      A      No.  A sponsor would be somebody, you know,

23   that gives me money to go do something.  That's the way

24   I understand sponsor, so, no, I don't.  I don't

25   recognize that in any context with work.

61

1       Q      Okay.  You mentioned Avaya.  Is there separate

2    training for the Avaya phone system that new hires are

3    provided?

4       A      They give an orientation of how to log on,

5    what the AUX codes are, when to use them, like that.

6    It's a very short process.  It's not a lot to it.

7       Q      And the AUX codes, if I recollect, are there

8    eight different AUX codes, eight or nine?

9       A      There's nine.  There's actually -- it's

10   actually ten.

11      Q      And that's A-U-X, when we say AUX?

12      A      A-U-X, auxiliary codes.

13      Q      Auxiliary.  Is there a specific AUX code for

14   being available or on your phone?

15      A      Avail is avail.  On your phone is talk time.

16      Q      Okay.

17      A      Waiting in avail but waiting on a call is

18   exactly that, and then the AUX codes are anything that

19   would stop you from being eligible to get a live call.

20      Q      Right.  That's what they're used to track?

21      A      Right.

Page 55

111208lambousis-cp

22      Q    Do you have specific expectations or policies

23   as to when an AUX code is used, a specific AUX code, or

24   is that part of the training?

25      A    It's part of the training.  we have them

□

62

1    defined and understand and defined for System X.  The

2    system is shared by several different support centers.

3    They can only be defined one way in the switch.  So

4    each center has to apply their own definition to them,

5    if you will.

6       Q    So each center has the same AUX codes, but

7    each center, so System X, your floor would provide its

8    own interpretation or definition?

9       A    In some cases, they're interpreted -- they're

10   set out with a different definition than in another

11   other center.

12      Q    Okay.  But the AUX codes themselves can't

13   change?

14      A    No.  It would be -- show up AUX-1 on third

15   floor and on the fifth floor and on my floor, but it

16   could very well have three different definitions.

17      Q    Okay.

18           MR. WALTON:  Another five-minute break.

19           (A recess was taken from 10:59 to 11:12 a.m.)

20           (Plaintiff's Exhibit No. 4 was marked.)

21   BY MR. WALTON:

22      Q    George, I'm handing you what's been marked as

23   Plaintiff's Exhibit 4, also Bates number P347, 348,

24   asking you first can you look it over and tell me what

Page 56

1112081ambousis-cp

25    it is?

 1       A     Parts of it is a note that I sent to the team
 2    sometime back, I guess.  Parts of it I don't recognize
 3    as being from my notes header or my closing, et cetera.
 4       Q     Why don't you tell me what is not part of your
 5    notes header or closing.
 6       A     Page 1, that's just a list of names from a
 7    distribution list.  That's okay.  Then this thing here,
 8    forward note from manager in 2005, that's not me.  I
 9    don't know where that came from.  Then there's
10    another -- continuation of the distribution list names.
11    Then it gets to the header of the note.  I certainly
12    recognize the note itself.
13       Q     Okay.
14       A     Then anything below my name here at the
15    bottom --
16       Q     Is not part of --
17       A     Right.
18       Q     If you can go ahead and cross out anything
19    that's not part of something you recognize.
20       A     (Witness marking on exhibit.)
21             That's pretty much it, yeah.
22       Q     Okay.  Thank you.  On there, I see the subject
23    is "Reminder."
24       A     I see that also.
25       Q     As you sit here today, do you know what

1112081ambousis-cp

1    prompted you to send this reminder?

2        A    I do have a recollection of that.

3        Q    And what is that?

4        A    I had received several employees from

5    different -- from a different support center, and I had

6    heard rumors on the floor that these particular

7    employees believed that as long as it was no more than

8    15 minutes, you weren't really late.

9             So I had heard that.  I don't know who fed it

10   back to me, team leads or whoever, not important.  So I

11   was prompted to come back and try to reiterate what my

12   expectation was for being employed on the System X

13   team.

14       Q    And that expectation -- correct me if I'm

15   wrong -- being there available to take calls, booted

16   up, ready to go at your start time?

17       A    That's correct.

18       Q    In there, I note you say, "The call center

19   environment requires strict adherence to the schedule."

20   Do you see that sentence in your note?

21       A    I do.

22       Q    And what do you mean there?

23       A    I mean that the schedule, the start time is

24   what it is.  It's important to meeting our clients'

25   expectations to manage to your schedule.

                                                              65

1        Q    And why is strict adherence important?

2        A    Well, again, let's stay in context of this is
                              Page 58

111208lambousis-cp

3    me and System X --

4        Q    Understood.

5        A    -- my team.  My team is predominantly a live

6    call team.  I think I described to you earlier that

7    clients can come directly to me.  They don't stop at

8    dispatch or anyplace else.  So it's extremely important

9    to our clients' satisfaction to meet those answer

10    speeds, and we do that by being where we're supposed to

11    be when we're supposed to be there.

12        Q    And if people are not following it, then your

13    schedules of how you assign people which shifts, what

14    time to be there and everything, they may not mesh, if

15    you will, with your clients' expectations and needs?

16        A    That's correct.

17        Q    Now, continuing on down in your note, you

18    write, "I am actively monitoring this policy for

19    adherence."  What do you do to actively monitor?

20        A    Well, within the confines of the tools that I

21    have available to me, there's a live tool that allows

22    me to watch individual logged-in reps and see what

23    state their telephone is in.  It runs real time.

24    That's what I'm referring to here, what I'm talking

25    about here.

1        Q    And what is your live tool called?

2        A    It's part of Centerview.  It's just another

3    one of the reports that comes off of the Avaya switch.

4    It just happens to run real time.

5        Q    Now, what happens when somebody is late?  I

111208lambousis-cp

6    mean, is that somehow -- is their pay docked?

7        A    I don't believe so.  Discussions I've had in

8    our staff meetings, I don't believe that anybody's been

9    docked, if you will, for those lates.

10       Q    Correct me if I'm wrong.  If somebody is, say,

11   ten minutes late, my understanding, just generally

12   speaking, is that they may stay ten minutes extra?

13       A    Somebody might do that on their own.  I don't

14   really know.  But it's certainly not ever been a

15   requirement.

16       Q    But is that something that you're not familiar

17   with?

18       A    Well, I know of people that have done that.

19   They have told me they have done that:  I'm sorry, I

20   was late, and I'm going to stay an extra ten minutes to

21   make it up.  It makes no difference because the damage

22   could have been done at your start time, anyway.

23       Q    Right.  And that's why strict -- that's why

24   adherence is so important, is that you're scheduling

25   them and basing them on the customers' needs; there's a

67

1    reason for it?

2        A    That's right.

3        Q    If I'm understanding you, the actual time that

4    they are completely there and available to you is not

5    nearly as important as them being where they're

6    supposed to be when you say they're supposed to be

7    there?

8        A    That's another way of saying it, yes.

Page 60

1112081ambousis-cp

9      Q      Do you get reports of how much your call

10   center reps are paid on a -- are they paid biweekly,

11   first?

12      A      Yes.  Do I get reports, I get -- I have access

13   to that data from my own employees.

14      Q      Okay.  For your own employees, are they, in

15   general, if they have no extra time, is it generally

16   that they're paid for 40 hours every week?

17      A      Well, generally, that's true.  In the context

18   of just overtime or straight time, that's right.

19      Q      So then what happens with the time that, the

20   five -- the four to six minutes, I believe we talked

21   about, boot-up time before they take a call, are your

22   employees paid for that time?

23      A      If an employee puts that in eTOTALS, they

24   would be paid for it.

25      Q      And if they don't, they're not?

☐

68

1      A      They won't.

2      Q      Now, would that startup time, that five

3   minutes -- let's just call it five minutes for now,

4   okay -- is that five minutes -- if they're paid for an

5   eight-hour day, wouldn't it show up as eight hours and

6   five minutes?

7      A      If an employee put it in TOTALS, that's what I

8   would see.  If they said five minutes, I would be

9   looking at a time card that said eight hours and five

10   minutes.

11      Q      Have you ever seen an employee put in that
                     Page 61

111208lambousis-cp

12    boot-up time?

13        A    I have seen overtime prior to start times.  So

14    I don't -- I can't tell you whether it was overtime for

15    booting or overtime for working or what overtime it

16    was.

17        Q    Okay.

18        A    We don't -- you know, when you're talking

19    about minutes, we don't get into long conversations

20    with employees about minutes of overtime.

21        Q    And for you, you just see it as preschedule

22    overtime?

23        A    They're responsible to code the time worked.

24        Q    And those codes again, is there a list of

25    those codes in the eTOTALS, right?

69

1        A    In eTOTALS, it is, yeah.

2        Q    But there isn't then an eTOTAL code for just

3    the boot-up time?

4        A    Overtime is overtime.

5        Q    You and I may understand that.  But on the

6    eTOTALS, there isn't a code for just the boot-up time?

7        A    Nor should there be.  Overtime is overtime.

8        Q    Do you see -- I guess that's true for like

9    postschedule time, too?  Is there a specific code for

10    being, say, still on the call?

11        A    That's overtime.  It's overtime assuming you

12    have worked 40 hours that week.

13        Q    Right.  Up until you hit 40 hours, none of

14    it's overtime?

Page 62

1112081ambousis-cp

15      A    That's true.

16      Q    Now, as part of your training, were you ever

17  given training on HR issues for your employees?

18      A    Certainly, in management school that we all

19  have to go to -- we call retread school -- some HR

20  topics are part of those educational modules.

21      Q    And one of those HR topics, would that include

22  overtime?

23      A    You know, I don't recall overtime specifically

24  ever being discussed at the management level.  I mean,

25  it's a simple philosophy, in my mind.  So I don't know

[]

70

1   how you would not interpret it.  So my answer is no,

2   not in any class that I recall.

3       Q    All right.  Did you ever have any training on

4   what I'll call off-the-clock work that you recall?

5       A    Off-the-clock work?

6       Q    Right.

7       A    We don't have off-the-clock work unless you're

8   an exempt employee.

9       Q    Did you have any training on what is

10  compensable time?

11      A    No.  I don't recall.

12           MR. WALTON:  I'm going to have you mark

13      these two as whatever the next two numbers

14      are.

15           (Plaintiff's Exhibit Nos. 5-6 were marked.)

16           MR. WALTON:  I'm going to apologize to

17      you right now for the quality of the copies.

Page 63

1112081ambousis-cp

18   BY MR. WALTON:

19      Q    I have handed you to you what's been marked as

20   Exhibits 5 and 6 to your deposition.  Both of these

21   were produced by IBM in discovery to us, and I'll

22   represent to you that they are slides from a PowerPoint

23   presentation for management training.

24           Do either of these exhibits look familiar to

25   you?

71

1       A    I can't say I've ever seen this, no.

2       Q    It wasn't part of whatever HR training you've

3   had as a manager then?

4       A    Could have been.  It was over ten years ago,

5   but I don't remember it in this context.  Obviously, a

6   lot of the words makes sense to me, but I don't

7   recognize this presentation.  Particularly, this

8   off-the-clock work, I thought that would have stuck in

9   my mind.

10      Q    All right.  Are you aware of any studies,

11   audits, examinations, if you will, to determine whether

12   or not your System X call center employees accurately

13   document all their time worked?

14      A    I'm not aware of any, no.

15      Q    Have you ever asked to conduct such a study or

16   look at that issue?

17      A    Me asked --

18      Q    Yeah.

19      A    No, huh-uh (negative).

20      Q    And you're not aware of one being done, if I

Page 64

111208lambousis-cp

21  understood your answer, correct?

22      A    No.  We've had many business controls audits.

23  I don't know if part of that was within that or not.

24      Q    When you say "business control audit," who

25  would have implemented a business control audit?

72

1       A    Corporate.

2       Q    Are those business control audits

3   standardized?

4       A    I have no idea.  I know they exist.

5       Q    Do they come around regularly?  I mean, do you

6   notice any regularity to when they occur?

7       A    No.  I haven't seen any regularity.

8       Q    When a business control audit is being done,

9   what happens -- how are you notified that it's going to

10  occur?

11      A    We're notified via my boss.

12      Q    Your boss would send you an e-mail?

13      A    Probably.

14      Q    Then --

15      A    Maybe one would come from even higher than my

16  boss.  I don't know.  It's been awhile.

17      Q    Sorry this is another acronym that I neglected

18  to mention.  IBMUS or IBMUS (pronunciation), if I see

19  that, am I understanding that's it's IBM --

20      A    That's IBM United States, yes.

21          MR. WALTON:  I guess we can mark this.

22          (Plaintiff's Exhibit No. 7 was marked.)

23  BY MR. WALTON:

Page 65

111208lambousis-cp

24      Q    I'm going to hand you what's been marked as
25   Plaintiff's Exhibit 7.  It's Bates number IBMSEWA4340.


73


1    My question has to do with what's up in that top box
2    there.  Do you use any of those manager tools that are
3    referenced there in that top box or is that top box
4    familiar to you?
5         A    No.  It looks like it's a Lotus Notes team
6    room set up for IMBPD.
7         Q    Okay.  That was my next question.
8         A    I'm just reading what I see.
9         Q    Right.  What leads you to believe that it's a
10   Lotus Notes?
11        A    Because, typically, our team rooms are all
12   Lotus Notes based.
13        Q    And within there, there are certain forms, if
14   you will?
15        A    I don't know.  It says "ToolSuite Team
16   Application."  I don't know what that means, quite
17   frankly.
18        Q    We had the one e-mail from you, I think.  We
19   talked about the note.  Do you use any forms or headers
20   like that for your e-mails?
21        A    This, like this?
22        Q    Yes.
23        A    No.
24        Q    How do you send out your e-mails then?
25        A    Mine have a Lotus Notes, personalized Lotus

Page 66

111208lambousis-cp

74

1   Notes header.  I don't remember what mine looks like
2   today.  We change it periodically.  It may have a
3   picture of a desk or something, and then at the bottom,
4   I have a signature line.  It includes my name, my
5   title, my phone number, my physical address kind of
6   stuff.  The format is there.
7           This is a team room.  The box around the team
8   room thing is something I recognize from other team
9   rooms.
10      Q    Help me out.  What is a team room?
11      A    It's a database set up to be jointly used by
12  numbers of people.  Therefore, that's why they call it
13  a team room.  It could be for any particular business
14  need.
15      Q    Does System X have a team room?
16      A    No.  We do not have a team room for System X.
17      Q    Another acronym, PBC?
18      A    Personal Business Commitments.
19      Q    Those are part of employee reviews,
20  evaluations?
21      A    Beginning of the year, you set your commitment
22  to the business.  At the end of the year, it's
23  evaluated as to your execution to those commitments.
24      Q    Do you have a PBC as well?
25      A    I do.

75

Page 67

111208lambousis-cp

```
 1      Q     How are you paid?  Salary and bonus?
 2      A     I wouldn't call it bonus.  I think the last
 3  classification for it was variable pay, is the last one
 4  I remember.
 5      Q     So there's a salary, an annual salary
 6  component?
 7      A     Yes.
 8      Q     And a variable pay component?
 9      A     There's no guarantee that there is, but based
10  on IBM's execution and financial execution, there may
11  or may not be a companywide payout.
12      Q     On that IBM component or the variable pay
13  component, however you want to term it, what factors
14  are considered in whether or not you would receive a
15  payout from that?
16      A     Whether or not you would receive one, the
17  basis, if there's going to be one --
18      Q     Yeah.
19      A     -- there is a threshold in your performance
20  rating for that year.  It's been stipulated the last
21  few years that a 2 appraised person or below was not
22  eligible for any participation in the program, if it
23  exists that year.  It's a year to year, based on IBM's
24  financial --
25      Q     Right.  I'm not going to ask too much about
```

76

```
 1  like what criteria goes into whether or not IBM does it
 2  in the first place, okay.  But an appraisal of 2 to
 3  make someone eligible for it, where would I find that
```

Page 68

111208lambousis-cp

 4  evaluation?  Where would I find a 2 showing up?

 5      A    In the person's PBC evaluation.

 6      Q    Okay.  What different number grades can an

 7  employee receive?

 8      A    In today's world -- ask me tomorrow, it could

 9  be changed -- 1, 2-plus, 2, 3 and 4.

10      Q    So it's 1 through 4 or is there a 2 plus 2?

11      A    1, 2-plus, 2, 3 and 4.

12      Q    What's the difference between a 2 and a

13  2-plus?

14      A    Higher execution level than a 2.

15      Q    So --

16      A    More value to the business for a 2.

17      Q    Would a 2-plus be eligible for the variable

18  pay component?

19      A    In last year's plan, yes.

20      Q    Let's only talk about -- I guess this year's

21  plan hasn't been --

22      A    We don't know --

23      Q    We don't know yet until --

24      A    When we talk about '09, we don't know what

25  that is yet.

77

 1      Q    Until fiscal year end, and everything's

 2  decided, right?

 3      A    (Nods head affirmatively.)

 4      Q    But on the last year's plan, a 2-plus would

 5  have been eligible, and a 2 was not eligible?

 6      A    No.  Actually, I think a 2 in last year's plan

Page 69

1112081ambousis-cp

7    was eligible to.

8        Q    So it was only the 1s that were not eligible?

9        A    No.  The 1s are -- 1 is the highest.

10       Q    Oh, 1 is the highest?

11       A    -- rating that you can achieve.  3s and 4s

12   were definitely -- would not be eligible to

13   participate.

14       Q    Thank you.  I had it backwards.  So the 3s and

15   4s were not eligible for any?

16       A    That's correct.

17       Q    And there is no 5, right?

18       A    No.

19       Q    Who is Ulysses Crespo?

20       A    He's a member of my Level 2 highly technical

21   team.

22       Q    I was just looking at -- going back to your

23   e-mail that we have as one of the exhibits, it lists an

24   Nashville e-mail address?

25       A    That's where he was prior to coming to work

□

78

1    for me, I believe.

2        Q    Okay.  And there's an e-mail address with

3    S-T-O-W-E-R-S, Stowers@BellSouth.net.

4        A    He's a manager for one of our vendor supplier

5    companies.

6        Q    Why is it he's on your e-mail or this e-mail?

7        A    The way we manage -- the way we manage our

8    contract relations is to not directly correspond with

9    their employees.

Page 70

111208lambousis-cp

10      Q      But correspond with their managers?

11      A      So information like that that we want them to

12  have, we provide to their management for their

13  management to in turn pass on to their employees.

14      Q      Is it your expectation that this manager would

15  pass on that information to the employee?

16      A      Absolutely.

17      Q      Then there's David W. I-H-R-I-G, Ihrig, Jr.?

18      A      David Ihrig, yes.

19      Q      It has a Cleveland e-mail address?

20      A      He was a CE in Cleveland, Ohio, before he came

21  down to work for us, yes.

22      Q      Okay.  Then there was an Arthur Bauer in

23  Fishkill?

24      A      I didn't recognize that name.  I have no

25  recollection of Arthur.

79

1      Q      That's all right.  This was a 2005 e-mail,

2  correct?

3      A      (Indicating).

4      Q      Have you ever had an employee come to you or

5  report to you that they didn't think they were getting

6  paid for all their hours?

7      A      Don't recall ever having that conversation

8  with anyone.

9      Q      Not even any other managers?

10      A      No.

11      Q      Have you ever done a study of -- I guess we

12  called it or you referenced it as nonproductive time?

Page 71

111208lambousis-cp

13      A    In the course of running this business, I

14   certainly look at, you know, data that shows me that

15   kind of stuff, yeah.

16      Q    Do you look at it from -- I guess it's a bad

17   question.  But do you look at it from a year-by-year

18   basis, or is it more of a continuation of your

19   examining those reports, or is it even a combination?

20      A    Most of what I do is real time rolled up to

21   weekly, rolled up to period, rolled up to monthly,

22   rolled up to year to date.  That's the total picture.

23   So I can look at things from daily on up.

24      Q    And you make adjustments, I take it given from

25   what you described, more on a real-time or, say,

80

1   on-the-fly basis as needed?

2      A    Some adjustments to parts of the business,

3   yeah, are frequent, if you will.

4      Q    When you see something that needs addressing,

5   I take it you take steps to address it?

6      A    That's correct.

7      Q    And sometimes the picture may not emerge for,

8   say, a month or something even after you may have some

9   of the data available to you on a real-time basis?

10      A    I may choose to delay making a change until

11   I'm confident with what I think the numbers are telling

12   me.

13      Q    And it's at that point when you feel confident

14   that the numbers are showing something that needs

15   addressing that you make an implementation or start the

Page 72

111208lambousis-cp

16    process for making changes?

17        A    Yes.

18            MR. WALTON:  Let me just go through

19        this, but we may be -- we can go off the

20        record.

21            (A discussion ensued off the record.)

22    BY MR. WALTON:

23        Q    The Avaya system is the phone system?

24        A    It's an Avaya brand switch, yeah.

25        Q    Okay.  Have there ever been any problems with

81

1    the Avaya system coming up slowly or going down?

2        A    The Avaya -- our phone switch has gone down a

3    few times through the years that I recall, but

4    there's -- in the context of what you just asked me,

5    I'm not sure I understand what you're getting at.

6        Q    Booting up slowly, the tool itself being --

7        A    Centerview has nothing to do with time for a

8    rep.  You simply put five digits in your keypad, and

9    that's -- you're logged in.  If it was down, you

10    wouldn't be logged in, nor would anybody else, and we

11    would be having problems.

12        Q    Clearly, if it's down, you're having problems.

13        A    I've never -- I've never known anybody to talk

14    about a delay in trying to log onto their telephone.

15        Q    I apologize if I'm not using your terminology

16    exactly.

17        A    I just want to make sure I answer your

18    question.

Page 73

111208lambousis-cp

19    Q    I appreciate that.

20         MR. WALTON:  I don't think I have any

21    more questions for you.  I appreciate your

22    time.

23         MR. RAY:  I've got just a couple to

24    follow up.

25    / / /

82

1                    EXAMINATION

2    BY MR. RAY:

3    Q    Mr. Lambousis, you were asked about what the

4    System X, I guess, call center techs have to do to

5    prepare for their day.  I think you said they had to

6    power up, enter any password they needed to enter and

7    also log into the phone; is that correct?

8    A    Yes.

9    Q    And is there -- have you ever expressed an

10   expectation to the System X team with respect to the

11   sequence that those activities should take?

12   A    No.  We don't give any direction on the

13   sequence.

14   Q    Does it matter, for example, they log into the

15   phone first and then log into the computer?

16   A    It makes no difference.

17   Q    You also talked about the ten, I believe, team

18   leads that report to you?

19   A    Okay.

20   Q    Is that correct, do you have ten team leads?

21   A    Ten, yes.

Page 74

111208lambousis-cp

22    Q    Any other direct reports?

23    A    I have three others.

24    Q    And who are they?

25    A    Bud Burke, Billy Landrum and Rod Pruner.

83

1     Q    Do any of those three work the phones a

2   majority of their time, taking calls, et cetera?

3     A    They do not.  They're support people.

4     Q    You also talked about the log-in/log-out

5   report.  Is that the name of the report?

6     A    Yes.

7     Q    That shows the log-ins?

8     A    Yes.

9     Q    What log-in is that capturing?  Is that the

10  phone log-in?

11    A    It shows me what time you actually logged into

12  the phone.

13    Q    How long does it take to log into the phone?

14    A    The time it takes to enter five digits on a

15  keypad.

16    Q    And can you tell by looking at a log-in -- by

17  looking at log-in data whether an employee is working

18  or not, performing work if they have logged in?

19    A    No.  That's not an indication if they're in

20  available state or working.  That's simply an

21  indication that they have logged into the phone system.

22         MR. RAY:  That's all I have.

23              FURTHER EXAMINATION

24  BY MR. WALTON:

Page 75

111208lambousis-cp
25        Q     One quick -- I guess not one, but maybe two

84

1    quick follow-ups.  On the sequence, the sequence of
2    booting up and everything, if I just come to my
3    computer, sit down, hit the power button and then, say,
4    log into the Avaya phone system, that's going to say
5    I'm available for calls, correct?
6         A     No.  It says you're logged in.
7         Q     It doesn't say I'm available for calls yet?
8         A     You have to -- you, the individual, has to
9    make a conscious decision to make yourself available.
10        Q     Okay.  Then after I make -- say, I've turned
11   on my computer, logged into the phone system and, I
12   guess, pressed a button on the Avaya system saying I'm
13   available, am I available to do my job?
14        A     Yes.
15        Q     Do I need a tool bar -- tool application of
16   any other sort open?
17        A     My expectation for my team at System X is that
18   yes, you would have the tools open.
19        Q     Okay.  That wasn't my question.  My question
20   is I've turned on my computer.  The Avaya system is the
21   only other thing that's open.
22        A     Okay.
23        Q     Am I meeting your expectations of being
24   available to do my job?
25        A     If you're in avail, auto avail on the

85

111208lambousis-cp

1    telephone, you would never get a push-back from me on

2    that.  If the phone rings, you answer the phone.

3         Q    That means I don't need any of my tool

4    application bar open?

5         A    I didn't say that.  I said -- I told you what

6    my expectation was.

7         Q    Okay.  Your expectation is that the tool --

8    how many tools being open then?

9         A    There's two or three applications that they

10   need to open.

11        Q    Two to three more applications that need to be

12   open?

13        A    Right.

14        Q    Is there anything else that would need to be

15   open?

16        A    Actually, there's only two that they would

17   need to have open to start with to be able to serve a

18   client that called live, and that would be NSS and

19   ICPM.

20        Q    And for all of that to take place, I believe

21   your testimony was four to six minutes?

22        A    Something in that area, yes.

23        Q    Okay.  Then the Avaya -- when you're logged in

24   on the Avaya system, it says what time you're logged

25   in, correct?  It's not saying what time -- scheduled

☐

                                                        86

1    work time or anything like that?  It just tells you --

2         A    It's what time you logged in.  It's the time
                         Page 77

111208lambousis-cp

3    that's on the telephone, the time that's on the switch,

4    yes.

5        Q    All right.

6            MR. WALTON:   I don't think I have

7    anything further.   Thank you.

8            THE WITNESS:   You're welcome.

9            (Deposition concluded at 11:52 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

87

1                C E R T I F I C A T E

2

3        I hereby certify that the foregoing
    deposition was taken down, as stated in the
4    caption; that the witness was duly sworn and
    elected to reserve signature in this matter;
5    that the colloquies, questions and answers
                    Page 78

111208lambousis-cp

```
 6    were reduced to typewriting under my
      direction; and that the foregoing pages 1
 7    through 86 represent a true, correct and
      complete record of the evidence given.
 8          The above certification is expressly
      withdrawn and denied upon the disassembly or
 9    photocopying of the foregoing transcript,
      unless said disassembly or photocopying is
10    done under the auspices of D'Amico Gershwin,
      Inc., Certified Court Reporters, and the
11    signature and original seal is attached
      thereto.
12          I further certify that I am not a
      relative or employee or attorney of any
13    party, nor am I in any way interested in the
      result of said case.
14          Pursuant to Article 8B of the Rules and
      Regulations of the Board of Court Reporting
15    of the Judicial Council of Georgia, I make
      the following disclosure:  That I am a
16    Georgia Certified Court Reporter, here as an
      independent contractor for D'Amico Gershwin,
17    Inc.; that I was contacted by the reporting
      services for this deposition; that I will
18    not be taking this deposition under any
      contract prohibited by O.C.G.A. 15-14-37 (a)
19    or (b); that I have no written contract to
      provide reporting services with any party to
20    the case, or any reporter or reporting
      agency from who a referral might have been
21    made to cover this deposition; and that I
      will charge my usual and customary rates to
22    all parties in the case.
            This, the 14th day of November, 2008.
23

24                         _____

25                         CHARNA S. PERLOE
                           Certified Court Reporter A-457.
```

0

88

```
 1                      ERRATA SHEET

 2          Pursuant to Rule 30(e) of the Federal Rules of
      Civil Procedure and/or OCGA 9-11(30)(e), any changes in
 3    form or substance which you desire to make to your
      deposition testimony shall be entered upon the
 4    deposition with a statement of the reasons given for
      making them.
 5          To assist you in making any such corrections,
      please use the form below.  If supplemental or
 6    additional pages are necessary, please furnish same and
      attach them to this errata sheet.
 7                              -   -   -

 8          I, the undersigned, GEORGE LAMBOUSIS, JR., do
```

Page 79

111208lambousis-cp

9   hereby certify that I have read the foregoing deposition
    and that said transcript is true and accurate, with the
    exception of the following changes noted below, if any:

10

11  Page_____Line_____should read:_____
    _____

12  Reason:_____

13

14  Page_____Line_____should read:_____

15  _____

16  Reason:_____

17

18  Page_____Line_____should read:_____

19  _____

20  Reason:_____

21

22  Page_____Line_____should read:_____

23  _____

24  Reason:_____

25

                                                    89

1   Page_____Line_____should read:_____

2   _____

3   Reason:_____

4

5   Page_____Line_____should read:_____

6   _____

7   Reason:_____

8

9   Page_____Line_____should read:_____

10  _____

11  Reason:_____

Page 80

111208lambousis-cp

12

13  Page_____Line_____should read:_____

14  _____

15  Reason:_____

16

17  Page_____Line_____should read:_____

18  _____

19  Reason:_____

20

21

22  _____

              GEORGE LAMBOUSIS, JR.,

23  Sworn to and subscribed before me,
      _____, Notary Public.

24  This _____ day of _____ 2008.

25  My commission expires: