# EXHIBIT 13

To: Amy Jackson/Atlanta/IBM, Anthony Glanton/Atlanta/IBM, Arthur Bauer/Fishkill/IBM, Averil Taylor/ATLANTA/IBM@IBMUS, Barry Compton/ATLANTA/IBM@IBMUS, Bill G Masey/Atlanta/IBM, Billy Landrum/Atlanta/IBM, Bob Vargulic/Atlanta/IBM, Brandon Ford/Atlanta/IBM, Bud Burke/Atlanta/IBM@IBMUS, Carole Hennenfent/Atlanta/IBM, Charlene Tinner/Atlanta/IBM, Charles Coleman/Atlanta/IBM, Chukwuemeka Okoli/ATLANTA/IBM, Damon Key/Atlanta/IBM, Dan Gezovich/Atlanta/IBM, Dan Sandberg/Atlanta/IBM, Dan Smith/Atlanta/IBM, David Buffkin/Atlanta/IBM, David Joyce/Atlanta/IBM, David R Pearson/Atlanta/IBM, David Towery/ATLANTA/ibm@IBMUS, David Turner/Atlanta/IBM, David W Harrison/Atlanta/IBM, David W Ihrig Jr/Cleveland/IBM, Doug Warner/Atlanta/IBM, Eric Jindra/Atlanta/IBM, Franklin Ogburn/Atlanta/IBM, Fred Nutter Sr/Atlanta/IBM, Gabriel Wade/Atlanta/IBM, Harry Flair/Atlanta/IBM, Harry Giarratana/Atlanta/IBM, Jack Cam/Atlanta/IBM, Jacqueline Rogers/Atlanta/IBM, James Herring/Atlanta/IBM, James Lawrence/Raleigh/IBM, Jason Lambert/Atlanta/IBM, Jay Stewart/ATLANTA/IBM@IBMUS, Jeff Vaughn/Atlanta/IBM, Jerry Gawlik Jr/Atlanta/IBM, Jerry Walters/Atlanta/IBM, Jim Starkey/Clearwater/IBM, Jody Eidson/Atlanta/IBM, Joel Johnson/Atlanta/IBM@IBMUS, John Hooper/Atlanta/IBM@IBMUS, Jon Anderson/Atlanta/IBM, Joseph Perry/Seattle/IBM, Ken B Jones/Atlanta/IBM@IBMUS, Ken Saluzzi/Atlanta/IBM, Kenneth Sexton/Atlanta/IBM@IBMUS, Kent Gill/Atlanta/IBM, Kerry L Lamb/Atlanta/IBM, Kimberly Gunn/ATLANTA/Contr/IBM@IBMUS, Larry Grier/Atlanta/IBM, Larry Parks/St Louis/IBM, Lauren Godfrey/Atlanta/IBM, Lonnie Ray Arbuckle/Atlanta/IBM@IBMUS, Ludwig Mangones/Atlanta/IBM, Malcolm Fox/Atlanta/IBM@IBMUS, Manuel Lopez/Atlanta/IBM, Mathew Phillips/Atlanta/IBM@IBMUS, Melanie Gedge/Atlanta/IBM, Mitchell Tucker/Atlanta/IBM, Nathan Smith/ATLANTA/IBM@IBMUS, Otis Tomblin/Atlanta/IBM@IBMUS, Owen Gay/Atlanta/IBM, Peter Debly/Atlanta/IBM@IBMUS, Phillip Ravenscraft/ATLANTA/IBM@IBMUS, Raymond Liles/Atlanta/IBM, Robert Pickard/ATLANTA/IBM, Rod Pruner/Atlanta/IBM, Roy E Overton/Raleigh/IBM, Russell Bergs/Atlanta/IBM, Scott Shelton/Atlanta/IBM, Sebastian Savage/Atlanta/IBM, Sekou Waddell/Atlanta/IBM, Thomas Conway/Atlanta/IBM, Thomas Lamb/Atlanta/IBM, Thomas

Poehnelt/Atlanta/IBM, Thomas Sieczko/Atlanta/IBM, Thomas Sorcic/ATLANTA/IBM@IBMUS, Timothy Mitchell/Atlanta/IBM, Timothy N White/Atlanta/IBM, Tom Hoitenga/Atlanta/IBM, Tony McClain/Atlanta/IBM, Ulysses Crespo/Nashville/IBM, Vauchel Johnson/Atlanta/IBM, Vic Busby/ATLANTA/IBM@IBMUS, Wade Fogarty/Atlanta/IBM, Walter Hendrix/Atlanta/IBM, Wayne Faircloth/Atlanta/IBM, Wrencis Johnson/Atlanta/IBM
cc: Roy Ovesen/Atlanta/IBM, Vicki Reidy/Atlanta/IBM@IBMUS, Juanita Carver/Atlanta/IBM@IBMUS, Rick Fogel/ATLANTA/Contr/IBM@ibmus, Barrett Scoggins/ATLANTA/Contr/IBM@IBMUS, stowers@bellsouth.net, Stacey Howe/ATLANTA/Contr/IBM
Subject: Reminder

Team,

I have been hearing some different interpretations of our policy on start times recently and would like to take a minute and restate the policy. The expectation is that your workstation is powered up, you are logged on to the necessary applications, and you are in an available state on your phone at your start time. The call center environment requires strict adherence to the schedule. Many hours are put into studying inbound call patterns and developing shifts/start times. If individuals on this Team are making independent decisions as to when they go available, we are in effect out of control with little hope of taking care of our customers in a timely manner. I am actively monitoring this policy for adherence and ask that you come forward to management quickly with any questions, comments, or concerns.

Thanks Team,

George


**************New MapQuest Local shows what's happening at your destination.
Dining, Movies, Events, News & more. Try it out
(http://local.mapquest.com/?ncid=emlcntnew00000002)

The information contained in this message may be attorney-client or work-product privileged and should be treated as confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by return e-mail, destroying the original message and any copies.