# EXHIBIT 14



| | | | |
|---|---|---|---|
| Sharrie Brown/Atlanta/IBM | | To | Charles Seward Jr/Atlanta/IBM@IBMUS |
| 04/09/2008 12:35 PM | | cc | |
| Custom expiration date of 04/08/2009 | | bcc | |
| | | Subject | Fw: DOR: Things to do for the new DOR in August. |

History: This message has been forwarded.

----- Forwarded by Sharrie Brown/Atlanta/IBM on 04/09/2008 01:35 PM -----

| | | |
|---|---|---|
| Isabel Colon/Atlanta/IBM 08/03/2006 04:13 PM | To | Belinda Hewitt/Atlanta/IBM@IBMUS, Charles Seward Jr/Atlanta/IBM@IBMUS, Joseph Yacowatz/Atlanta/IBM@IBMUS, Lisa Bufford/Atlanta/IBM@IBMUS, Sharrie Brown/Atlanta/IBM@ibmus, Cathy Barday/Atlanta/IBM@IBMUS, Michael R Smith/ATLANTA/Contr/IBM@IBMUS, Eartherline Jenkins/ATLANTA/Contr/IBM@IBMUS, Bertha M Gorman/ATLANTA/Contr/IBM@IBMUS |
| | cc | kbethea@us.ibm.com |
| | Subject | Fw: DOR: Things to do for the new DOR in August. |

FYI....

This the new DOR – effective date is August 2006.

Any question please let me know.   Thanks!

Regards,

Isabel Colon
Team Lead - IBM Teach
Americas BTO/CRM Customer Contact Centers
1500 Riveredge Parkway, 15D16, Atlanta, GA 30328
Phone; 1-800-426-8322 or 770-863-1320, Tie line; 753-1320
IBMUSM21(ICOLON) or E-Mail; icolon@us.ibm.com

----- Forwarded by Isabel Colon/Atlanta/IBM on 08/03/2006 04:09 PM -----

| | | |
|---|---|---|
| Gary A Kamprath/Atlanta/IBM 08/03/2006 02:07 PM | To | DOR Managers and Seniors |
| | cc | |
| | Subject | DOR: Things to do for the new DOR in August. |

To all...............

This month a new version of our DOR will begin. It will give two different measurements on (1) the CSRs only (no change there); and (2) the whole group including CSRs, seniors, team leads, admin). It will look very similar to the current DOR.   To have both measurements, there will now be two Avaya CMS Agent

PLF ✓   DEFT ___   EXH 2
DEPO OF G. Kamprath
DATE 11-11-08                     D.C.

IBMSEWA0002345

Groups, one for the CSRs only (the normal CMS agent group that you have been using), and one for the whole team (the "PLUS" group).

For example, Software CET now has:
    (1) SW CET agent group (CSRs only)
    (2) SW CET PLUS agent group (CSRs, senior, team leads, admin)

Any seniors, team leads, admin, etc. that are listed in the "PLUS GROUP" should log in every day using aux 8 "admin" and also use the aux codes for lunch and breaks.

As we move to this new DOR, please find below some recommendations which should help us ensure accurate data at a team view, for CSRs and team-leads/seniors/non-csrs alike.

**CSRs should continue to:**

(1) Ensure reps log in, only as required (ie scheduled to work at 9:00, be ready at 8:50), but only log in at 9:00 am to ensure we are not accumulating unproductive hours under Default AUX or AUX 0 for which we are not utilizing or occupying the reps in question. Crisp login and logouts will help eliminate any unutilized time for which we can't earn any hours.

(2) Ensure reps respect their breaks/lunches in terms of start time and length. Schedule adherence will impact service level achievement.

**Seniors, team leads (not CSRs) should:**

(1). All non-CSRs that are only in your "PLUS" agent group (all seniors, team leads, admin, database, etc. ) should log into the phones using either..........
    (a) aux 8 "admin" for regular work, or.....
    (b) aux 6 "projects" if working on a specific task for which the manager wants to keep track of the hours, or.....
    (c) aux 5 "training" if giving training or receiving training and the manager wants to keep track of the hours.

    Aux 8 "admin" is the best to use for regular work. If a non-CSR worked but was unable to log in (e.g., worked from home for that day), the senior should provide WFM with those hours and we will manually include them in the DORs. Please provide such information before Monday of the next week to facilitate reporting.

(2) Please use break and lunch aux codes throughout the day.

(3) Personnel on long term absences (temp assignments, medical, etc.) will not be included as absences.

(4) If doing any Backoffice activity (e-mail, logs, etc.) that are listed on the DOR, please remember to be either in Aux 3 "backoffice" or be in available.

(5) Please ensure that all teams members are properly listed in the correct Avaya CMS Agent Groups.

Please feel free to contact me at any time for questions or further information.   Thanks.

IBMSEWA0002346

Gary Kamprath
US Workforce Management DOR Focal
Americas BTO/CRM Customer Contact Centers, Atlanta
1500 RiverEdge Parkway, Suite 500
Atlanta, Georgia 30328
770-858-5626 (T/L 367)
GaryKamprath@us.ibm.com
IBM Customer Website: http://www.ibm.com

IBMSEWA0002347