# EXHIBIT 15

CONFIDENTIAL



# "Off-the-Clock" work

- Any time worked beyond an employee's regularly scheduled hours is "off the clock" work and employee must be compensated
- Managers must compensate for all work time that they knew or should have known about
- Common examples
  - Employee takes calls or works at home during non-scheduled hours
  - Allowing or requiring work to be done before or after a shift
    - employee arrives early and starts working
    - employee logs on to computer before start of shift
    - employee helps another employee (answers a question, etc.)
    - employee works through lunch
    - employee finishes a call, cleans up, does paperwork or completes tasks
    - logging calls
    - completing status reports

IBMSEWA0002037