# EXHIBIT 16

Nancy Clark/Atlanta/IBM

6/25/2006 12:18 PM

To SWEET, Raenna
cc US Resource Planning/Atlanta/IBM@IBMUS
Subject SCET Comp Report for 6/24/06

## COMPARISON REPORT

| DAY | Tuesday | | | | enter info. | enter info. | | enter update and copy info a note send to WFM at US Resource Planning/Atlanta/IBM@IBMUS |
|---|---|---|---|---|---|---|---|---|
| DATE | 6/24/2006 | | | | Scheduled Start Time | Avaya/CMS Login Time Stamp | Difference (formula) | Send update in WFM to update records (15 min or more) |
| Center Group | SWCET | | | | | | | |
| Manager | J Williams | Type | Login | | (enter as "8h:00 AM" or "01:00 PM") | | | |
| 1 | Hood Diana | | | | | | | |
| 2 | McArthur Reginald | ron | 40052 | | 0:00 AM | | | |
| 3 | Idlas Kimberly | supp | 40147 | | 3:00 PM | 2:57 PM | #VALUE! | Medical |
| 4 | Spann Joyce | ron | 40156 | | 8:00 AM | 7:55 AM | — | |
| 5 | Yacowalz Joseph | supp | 40203 | | 12:00pm | 11:59 AM | #VALUE! | |
| 6 | Bidford Lisa | ron | 40210 | | 10:00 AM | 9:57 AM | — | |
| 7 | Simon Sharin | ron | 40215 | | 10:00 AM | 9:48 AM | #VALUE! | |
| 8 | Bomas Cheryl | ren | 40217 | | 10:00 AM | 9:57 AM | — | |
| 9 | Dinao Spinakov | ron | 40229 | | 9:00 AM | 9:01 AM | 0:01 | |
| 10 | Mitchell Sean | ron | 40233 | | 9:30 AM | 9:25 AM | — | |
| 11 | Rogers Christie | supp | 40357 | | 9:00 AM | 8:59 AM | — | |
| 12 | Brooks Meslie | ren | 49579 | | 7:00 AM | 7:00 AM | — | |
| 13 | Benford Cicely | ren | 40663 | | 7:30 AM | 7:20 AM | — | |
| 14 | Montgomery Dwayne | ron | 41082 | | AM | 6:59 AM | #VALUE! | |
| 15 | Jenkins Sharon | ren | 41272 | | 7:00 AM | 6:53 AM | — | |
| 16 | Hood Michelle | ren | 41303 | | 9:30 AM | 9:21 AM | — | |
| 17 | Clark Nancy | ren | 40452 | | 10:00 AM | 9:55 AM | — | |
| 18 | Gaspar Cherin | ren | 40218 | | 7:00 AM | 6:43 AM | — | |
| 19 | Campbell Darlene | ren | 40152 | | 8:00 AM | 8:02 AM | 0:02 | |
| 20 | Mioilns Regina | ren | 40877 | | 10:00 AM | 9:52 AM | — | |
| 21 | Ward Ella | ren | 41364 | | 7:00 AM | HS | #VALUE! | |
| 22 | King Sandra | ren | 40084 | | 8:00 AM | 7:52 AM | — | |
| 23 | Sowart Charles | ren | 41006 | | 7:00 AM | 6:51 AM | — | |
| 24 | Davis Mary | ren | 40230 | | 10:00 AM | 9:51 AM | — | |
| 25 | Carr Crystal | ren | 40249 | | 9:00 AM | 8:50 AM | — | |
| 26 | | ren | 40406 | | 9:00 AM | 8:49 AM | — | |
| 27 | | | | | | | — | |

Nancy Clark
Software Customer Entitlement Team
Integrated Managed Business Process Delivery (IMBPD)

1600 Riveredge Pkwy Atlanta, GA 30328
770-858-5740 T/L 367-5740
email: clarkn@us.ibm.com
IBM Customer Website www.ibm.com

Gas prices getting you down? Search AOL Autos for fuel-efficient used cars.