# EXHIBIT 17

-----Original Message-----
From: Matthew W. Ray [mailto:mwray@JonesDay.com]
Sent: Thursday, November 20, 2008 8:58 AM
To: Erik Langeland
Cc: bwalton@cuneolaw.com; jkastin@jonesday.com; jtostrud@cuneolaw.com; Jim Zouras; 'Matt Lampe'; rstephan@stephanzouras.com
Subject: Re: Seward et al. vs. IBM

Erik --

   With respect to computer log-in, log-out times, that information is not available or tracked.

**REDACTED**