# EXHIBIT A

From: Vicki Reidy/Atlanta/IBM
To:   ISC-ATL 1
Date: 08/11/2008 08:52 AM
Subject:    Fun in the Sun starts this Wednesday

Team,

It's that time of year where we go an have some fun with our teammates, this "Fun in the Sun", will allow small teams to go offsite, talk a little business, eat and have some fun, this year, we will be able to do that again. Given the outstanding performance this team has done so far this year, its time for us to take a short, but well deserved break.

Starting this Wednesday and Thursday, and continuing every Wednesday and Thursday through August 28th we will have scheduled all Atlanta IBMers (reg/lts) to attend our "Fun in the Air Conditioning" at Andretti Indoor Karting and Games ( http://www.andrettikarting.com/ ), in Roswell, GA. The session dates are August 13, 14, 20, 21, 27 and 28. The Raleigh team's event will be held on September 11. There are plenty of games, and yes, indoor karts - you must have a valid drivers license, no open toe/heeled shoes (Dan Howard pay attention to that) and have to wear a helmet provided by Andretti. Dress will be casual, you can wear shorts (remember you are representing IBM at this function, that's all I'm going to say about the shorts!).

Now, how do we make this happen without our customers and SSRs feeling the impact?  You have be asked to make some sacrifices so that your peers can enjoy their fun day, just as much as you do - you may be asked to work different hours, OT, not take N days as scheduled, whatever else has to happen to cover calls and make this event work!!!  Just make sure you come to work, log in and available to take calls at your start time no special projects, just take calls. Lunch will be provided on each of the FITS days and we will observe casual dress from August 13th through August 29th.

Here is the agenda for the day of the event
8:00- 8:30   Arrival

```
8:30- 9:00  Continental Breakfast (if you need more than danish & coffee
for breakfast, you should eat something before your arrival)
9:00-10:00 Meeting
10:00-10:15 Break
10:15-11:00 Team Building Exercises
11:00-12:00  FITS (racing or games or lounging)
12:00- 2:00 Lunch
2:00 - whenever  More FITS
```

In the event you get lost, are running late or cannot make it to the office, make sure you call your manager and update them.  Here are their cell phone numbers:
Juanita Carver - 678-787-0315
Steve Coy - 404-862-1834
George Lambousis - 678-522-9024
Ed Lewis - 678-591-2153
Dan Howard - 404-394-1833
Vicki Reidy - 770-301-5503

See you around the track and come prepared to have a lot of FUN!!!

Vicki Reidy
Intel Server SmartCenter Executive
1500 Riveredge Pkwy.
Atlanta, GA   30328
770-858-7463 (T/L) 648
770-301-5503 cell
vreidy@us.ibm.com