# EXHIBIT B

| Last Name | Floor | Date | CMS In | CMS Out | Time Logged into CMS | Pay Amt | Hrs Paid |
|---|---|---|---|---|---|---|---|
| Liles | 9 | | | | | | |
| | | 5/1/2007 | 9:59 AM | 7:12 PM | 09:13 | | |
| | | 5/2/2007 | 10:11 AM | 7:14 PM | 09:03 | | |
| | | 5/3/2007 | 9:57 AM | 7:02 PM | 09:05 | | |
| | | 5/4/2007 | 9:58 AM | 7:02 PM | 09:04 | | |
| | | 5/7/2007 | 10:00 AM | 7:04 PM | 09:04 | | |
| | | 5/8/2007 | 10:01 AM | 7:02 PM | 09:01 | | |
| | | 5/9/2007 | 10:00 AM | 7:01 PM | 09:01 | | |
| | | 5/11/2007 | 9:54 AM | 7:02 PM | 09:08 | | |
| | | 5/12/2007 | 8:39 AM | 5:35 PM | 08:56 | | |
| | | 5/13/2007 | | | | $1,587.50 | 86.67 |
| | | 5/14/2007 | 9:55 AM | 7:07 PM | 09:12 | | |
| | | 5/15/2007 | 10:00 AM | 7:01 PM | 09:01 | | |
| | | 5/17/2007 | 10:00 AM | 7:06 PM | 09:06 | | |
| | | 5/18/2007 | 9:53 AM | 7:03 PM | 09:10 | | |
| | | 5/20/2007 | 7:51 AM | 5:04 PM | 09:13 | | |
| | | 5/21/2007 | 9:53 AM | 7:01 PM | 09:08 | | |
| | | 5/24/2007 | 9:56 AM | 7:00 PM | 09:04 | | |
| | | 5/25/2007 | 9:55 AM | 7:06 PM | 09:11 | | |
| | | 5/29/2007 | 9:55 AM | 7:03 PM | 09:08 | | |
| | | 5/30/2007 | 9:51 AM | 7:02 PM | 09:11 | | |
| | | 5/31/2007 | 9:55 AM | 7:01 PM | 09:06 | $1,587.50 | 86.67 |
| | | **TOTALS FOR MAY 07** | | | 182:05:00 | | 173.34 |
| Starkey | 9 | | | | | | |
| | | 5/1/2007 | 11:59 AM | 9:39 PM | 09:40 | | |
| | | 5/2/2007 | 11:59 AM | 9:00 PM | 09:01 | | |
| | | 5/3/2007 | 11:58 AM | 8:59 PM | 09:01 | | |
| | | 5/7/2007 | 11:58 AM | 8:59 PM | 09:01 | | |
| | | 5/8/2007 | 11:59 AM | 9:01 PM | 09:02 | | |
| | | 5/9/2007 | 11:58 AM | 8:59 PM | 09:01 | | |
| | | 5/10/2007 | 11:58 AM | 9:00 PM | 09:02 | | |
| | | 5/11/2007 | 11:59 AM | 8:59 PM | 09:00 | | |
| | | 5/14/2007 | 11:58 AM | 9:00 PM | 09:02 | | |
| | | 5/15/2007 | 11:57 AM | 8:59 PM | 09:02 | $2,080.00 | 86.67 |
| | | 5/16/2007 | 11:57 AM | 9:00 PM | 09:03 | | |
| | | 5/17/2007 | 11:59 AM | 9:00 PM | 09:01 | | |
| | | 5/18/2007 | 11:55 AM | 8:59 PM | 09:04 | | |
| | | 5/20/2007 | 11:59 AM | 9:00 PM | 09:01 | | |
| | | 5/21/2007 | 11:57 AM | 9:00 PM | 09:03 | | |
| | | 5/22/2007 | 11:58 AM | 9:00 PM | 09:02 | | |
| | | 5/24/2007 | 12:31 PM | 9:00 PM | 08:29 | | |
| | | 5/25/2007 | 11:57 AM | 8:59 PM | 09:02 | | |
| | | 5/30/2007 | 11:58 AM | 9:00 PM | 09:02 | | |
| | | 5/31/2007 | 11:58 AM | 8:59 PM | 09:01 | $2,080.00 | 86.67 |
| | | **TOTAL FOR MAY 07** | | | 180:40:00 | | 173.34 |
| | | 2/1/2008 | 11:53 AM | 8:59 PM | 09:06 | | |
| | | 2/4/2008 | 11:59 AM | 9:00 PM | 09:01 | | |

| Date | Start | End | Hours | Pay | Rate |
|---|---|---|---|---|---|
| 2/5/2008 | 11:58 AM | 1:08 PM | 01:10 | | |
| 2/5/2008 | 1:08 PM | 9:00 PM | 07:52 | | |
| 2/6/2008 | 11:56 AM | 9:00 PM | 09:04 | | |
| 2/7/2008 | 11:55 AM | 9:00 PM | 09:05 | | |
| 2/8/2008 | 11:57 AM | 9:00 PM | 09:03 | | |
| 2/11/2008 | 11:57 AM | 9:00 PM | 09:03 | | |
| 2/12/2008 | 11:58 AM | 8:59 PM | 09:01 | | |
| 2/13/2008 | 11:57 AM | 9:00 PM | 09:03 | | |
| 2/14/2008 | 11:59 AM | 8:59 PM | 09:00 | | |
| 2/15/2008 | 12:00 PM | 9:01 PM | 09:01 | $2,136.00 | 86.67 |
| 2/18/2008 | 11:55 AM | 9:00 PM | 09:05 | | |
| 2/19/2008 | 11:57 AM | 8:59 PM | 09:02 | | |
| 2/20/2008 | 11:56 AM | 9:00 PM | 09:04 | | |
| 2/21/2008 | 11:58 AM | 9:00 PM | 09:02 | | |
| 2/22/2008 | 11:57 AM | 9:00 PM | 09:03 | $36.97 | 1.00 (OT) |
| 2/23/2008 | 7:40 AM | 12:08 PM | 04:28 | | |
| 2/25/2008 | 11:57 AM | 9:01 PM | 09:04 | | |
| 2/27/2008 | 11:57 AM | 9:00 PM | 09:03 | | |
| 2/28/2008 | 11:44 AM | 9:00 PM | 09:16 | | |
| 2/29/2008 | 11:54 AM | 8:59 PM | 09:05 | $2,136.00 | 86.67 |
| **TOTAL FOR FEB 08** | | | **185:41:00** | | **174.34** |

### Seward 5

| Date | Start | End | Hours | Pay | Rate |
|---|---|---|---|---|---|
| 10/1/2007 | 10:08 AM | 7:02 PM | 8:54 | | |
| 10/2/2007 | 9:56 AM | 6:59 PM | 9:03 | | |
| 10/3/2007 | 9:56 AM | 7:03 PM | 9:07 | | |
| 10/4/2007 | 9:56 AM | 7:00 PM | 9:04 | | |
| 10/8/2007 | 9:57 AM | 7:00 PM | 9:03 | | |
| 10/9/2007 | 9:56 AM | 7:00 PM | 9:04 | | |
| 10/10/2007 | 10:08 AM | 7:00 PM | 8:52 | | |
| 10/11/2007 | | | | | |
| 10/12/2007 | 7:06 AM | 7:00 PM | 11:54 | | |
| 10/13/2007 | 9:58 AM | 7:00 PM | 9:02 | | |
| 10/15/2007 | 9:55 AM | 7:00 PM | 9:05 | $1,393.25 | 86.67 |
| 10/16/2007 | 9:57 AM | 7:02 PM | 9:05 | | |
| 10/17/2007 | 9:56 AM | 7:09 PM | 9:13 | | |
| 10/18/2007 | 9:59 AM | 7:00 PM | 9:01 | | |
| 10/19/2007 | 9:56 AM | 7:00 PM | 9:04 | | |
| 10/22/2007 | 9:57 AM | 7:00 PM | 9:03 | | |
| 10/23/2007 | 9:58 AM | 7:00 PM | 9:02 | | |
| 10/25/2007 | 9:56 AM | 6:59 PM | 9:03 | | |
| 10/26/2007 | 9:57 AM | 6:59 PM | 9:02 | | |
| 10/29/2007 | 9:57 AM | 7:00 PM | 9:03 | | |
| 10/30/2007 | 9:56 AM | 7:00 PM | 9:04 | $1,393.25 | 86.67 |
| **TOTAL FOR OCT 07** | | | **183:48:00** | | **173.34** |

### Scott

| Date | Start | End | Hours |
|---|---|---|---|
| 5/1/2007 | 7:43 AM | 5:00 PM | 09:17 |
| 5/2/2007 | 7:51 AM | 5:00 PM | 09:09 |
| 5/3/2007 | 7:49 AM | 5:00 PM | 09:11 |
| 5/4/2007 | 7:49 AM | 5:03 PM | 09:14 |

| Date | In | Out | Hours | | |
|---|---|---|---|---|---|
| 5/7/2007 | 7:42 AM | 5:06 PM | 09:24 | | |
| 5/8/2007 | 7:59 AM | 5:01 PM | 09:02 | | |
| 5/9/2007 | 7:51 AM | 4:59 PM | 09:08 | | |
| 5/10/2007 | 7:51 AM | 5:10 PM | 09:19 | | |
| 5/11/2007 | 7:54 AM | 5:00 PM | 09:06 | | |
| 5/15/2007 | 7:46 AM | 5:01 PM | 09:15 | $1,322.70 | 86.67 |
| 5/16/2007 | 8:27 AM | 5:30 PM | 09:03 | | |
| 5/17/2007 | 7:48 AM | 5:05 PM | 09:17 | | |
| 5/18/2007 | 7:58 AM | 5:02 PM | 09:04 | | |
| 5/21/2007 | 7:45 AM | 5:01 PM | 09:16 | | |
| 5/22/2007 | 7:47 AM | 5:01 PM | 09:14 | | |
| 5/23/2007 | 8:13 AM | 4:59 PM | 08:46 | | |
| 5/24/2007 | 7:45 AM | 12:01 PM | 04:16 | | |
| 5/26/2007 | 7:48 AM | 7:46 AM | | | |
| 5/29/2007 | 7:54 AM | 5:02 PM | 09:08 | | |
| 5/30/2007 | 7:55 AM | 4:59 PM | 09:04 | | |
| 5/31/2007 | 7:58 AM | 4:59 PM | 09:01 | $1,322.70 | 86.67 |
| **TOTALS FOR MAY 07** | | | **178:14:00** | | **173.34** |