# EXHIBIT C

| Last Name | First Name | Year | Reg. Pay | OT Pay |
|-----------|-----------|------|----------|--------|
| Scott | E.K. | 2005 | $29,628.80 | $353.89 |
| | | 2006 | $31,484.80 | $62.16 |
| | | 2007 | $18,517.80 | $103.01 |
| Starkey | JH | 2005 | $41,655.50 | $392.11 |
| | | 2006 | $42,490.00 | $1,336.81 |
| | | 2007 | $49,524.00 | $922.94 |
| | | 2008 | $23,496.00 | $399.11 |
| Seward Jr. | CB | 2005 | $31,986.00 | $0.00 |
| | | 2006 | $32,357.00 | $0.00 |
| | | 2007 | $33,098.00 | $0.00 |
| | | 2008 | $15,375.47 | $0.00 |
| Barday | CS | 2005 | $37,136.40 | $0.00 |
| | | 2006 | $37,787.40 | $0.00 |
| | | 2007 | $38,896.40 | $0.00 |
| | | 2008 | $18,038.35 | $1,284.20 |

**Info from Bates IBMSEWA0001044,  1314, 1315, 1162, 0992, 0834, 0835