UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

---

CHARLES SEWARD, INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

                          Plaintiff,

        -v-

INTERNATIONAL BUSINESS
MACHINES D/B/A IBM CORP,

                          Defendant.

08-CV-3976 (KMK)


ORDER

---

**KARAS, U.S.D.J.**

        The Court hereby clarifies its Memorandum Endorsement of February 21, 2009 as
follows:

        The statute of limitations is tolled during the period of delay caused by Defendant's filing
of its sur-reply, from February 16, 2009 to March 9, 2009, without prejudice to a future request
by Plaintiff to toll the statute of limitations while his Motion to Proceed as a Collective Action
and to Facilitate Notice Under 29 U.S.C. § 216(b) is pending before the Court.

        SO ORDERED.

DATED:        White Plains, New York
              March 9 , 2009

                                        _____
                                        KENNETH M. KARAS
                                        UNITED STATES DISTRICT JUDGE