Matthew W. Lampe
mwlampe@jonesday.com
JONES DAY
222 East 41st Street
New York, New York 10017
(212) 326-3939

Matthew W. Ray (*pro hac vice*)
mwray@jonesday.com
Joanne R. Bush (*pro hac vice*)
jrbush@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
(214) 220-3939

Deborah A. Sudbury (*pro hac vice*)
dsudbury@jonesday.com
Craig S. Friedman
csfriedman@jonesday.com
JONES DAY
1420 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 581-3939

Attorneys for Defendant
International Business Machines Corporation

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------- X

| | |
|---|---|
| CHARLES SEWARD, Individually and on Behalf of All Others Similarly Situated, </br></br>Plaintiff,</br></br>-against-</br></br>INTERNATIONAL BUSINESS MACHINES CORPORATION,</br></br>Defendant. | No. 08 CV 3976 (VB) (PED)</br></br>**ECF CASE**</br></br>**NOTICE OF DEFENDANT'S MOTION TO STRIKE PLAINTIFF'S REPLY IN SUPPORT OF HIS APPEAL AND OBJECTIONS TO THE REPORT AND RECOMMENDATION TO DECERTIFY THIS CASE AS A COLLECTIVE ACTION** |

------------------------------------------------------- X

ATI-2508658v1

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law, declaration, and all other pleadings and documents filed herein, Defendant International Business Machines Corporation, by and through its undersigned counsel, will move this Court before the Honorable Vincent Briccetti, at a date and time to be determined by the Court, for an order striking from the record Plaintiff Charles Seward's March 5, 2012 Reply In Support Of His Appeal And Objections To The Report And Recommendation To Decertify This Case As A Collective Action (Docket Entry 174).

Dated: March 8, 2012

JONES DAY

By: /s Craig S. Friedman
    Matthew W. Lampe
    mwlampe@jonesday.com
    JONES DAY
    222 East 41st Street
    New York, New York 10017
    (212) 326-3939

    Matthew W. Ray (*pro hac vice*)
    mwray@jonesday.com
    Joanne R. Bush (*pro hac vice*)
    jrbush@jonesday.com
    JONES DAY
    2727 North Harwood Street
    Dallas, Texas 75201
    (214) 220-3939

    Deborah A. Sudbury (*pro hac vice*)
    dsudbury@jonesday.com
    Craig S. Friedman
    csfriedman@jonesday.com
    JONES DAY
    1420 Peachtree Street, N.E.
    Atlanta, Georgia 30309
    (404) 581-3939

    Attorneys for Defendant
    International Business Machines Corporation